**AKIN GUMP STRAUSS HAUER & FELD LLP**
EDWARD F. MANNINO (PRO HAC VICE PENDING)
STEVEN S. KAUFHOLD (SBN 157195)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

Counsel for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUTHY PARNES, IN THE RIGHT OF AND FOR THE BENEFIT OF VERISIGN, INC., <br><br>Plaintiff,<br><br>v.<br><br>D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, DANA L. EVAN, QUENTIN P. GALLIVAN, MICHELLE GUTHRIE, DIANA S. KEITH, ROBERT J. KORZENIEWSKI, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, ANIL H.P. PEREIRA, GREGORY L. REYES, WILLIAM A. ROPER, JR., ARNOLD SCHAEFFER, STRATTON D. SCLAVOS, LOUIS A. SIMPSON, RICHARD A. YANOWITCH,<br><br>Defendants,<br><br>and<br><br>VERISIGN INC.,<br><br>Nominal Defendant. | Case No. C 06 4165 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER RE: VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT<br><br><br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

STIPULATION AND [PROPOSED] ORDER RE: VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT
5947624 v1

1   WHEREAS, Plaintiff filed this action, Case No. C 06-4165 MEJ, on July 5, 2006 and has
2   served some, but not all, Defendants;
3   WHEREAS, Defendants have recently retained counsel to represent them in this action;
4   WHEREAS, the parties agree that defense counsel shall accept service of process on behalf of
5   all Defendants in lieu of personal service;
6   WHEREAS, the parties agree to extend the time for Defendants to respond to the Verified
7   Shareholder Derivative Complaint, whether by motion or by Answer, for a period of 60 days after this
8   Stipulation and [Proposed] Order is executed by the parties;
9   WHEREAS, submission of this Stipulation and [Proposed] Order by the parties shall not be
10  deemed to constitute written consent to jurisdiction for all purposes within the meaning of Title 28,
11  U.S.C. Section 636(c), Federal Rule 73, the Northern District of California Local Rules or General
12  Order No. 44;
13  NOW, THEREFORE: defense counsel shall accept service of process for all Defendants and
14  Defendants' response to the Verified Shareholder Derivative Complaint, whether by motion or Answer,
15  shall be due 60 days from execution by the parties of this Stipulation and [Proposed] Order.

SO STIPULATED:

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Steven S. Kaufhold

Dated: July 24, 2006

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By _____
Betsy Manifold

Dated: July 24, 2006

SO ORDERED:

Dated: July 25, 2006

THE HONORABLE [MARIA-ELENA JAMES]
UNITED STATES [MAGISTRATE JUDGE]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James]*

STIPULATION AND [PROPOSED] ORDER RE: VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT
5947624 v1                                                          2