**AKIN GUMP STRAUSS HAUER & FELD LLP**
EDWARD F. MANNINO (PRO HAC VICE PENDING)
STEVEN S. KAUFHOLD (SBN 157195)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

Counsel for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: <br><br> VERISIGN DERIVATIVE LITIGATION | Case No. C 06 4165 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER** |

STIPULATION AND [PROPOSED] ORDER

5947624 v1

**Whereas,** this is a derivative action filed by lead plaintiffs Ruthy Parnes and The Port Authority of Allegheny County Retirement and Disability Allowance Plan on behalf of nominal defendant VeriSign, Inc.;

**Whereas,** an Amended Complaint was filed by Plaintiffs on November 20, 2006 which added new defendants and new allegations of the back-dating of stock options;

**Whereas,** VeriSign has formed an *ad hoc* committee of its board of directors to investigate, among other things, alleged back-dating of stock options;

**Whereas,** the *ad hoc* committee has not completed its investigation but is expected to do so shortly;

**Whereas,** it is expected that the conclusions of the *ad hoc* committee will impact Defendants' response to the pending Amended Complaint;

**Whereas,** Defendants' response to the Amended Complaint is currently due to be filed on or before January 4, 2007;

**Now, therefore,** for the convenience of the parties and the Court and good cause appearing, the parties stipulate as follows:

The date for Defendants' response to the Amended Complaint shall be extended for 30 days. No other dates set forth in the Case Management Order are affected by this Stipulation. Specifically, Plaintiffs are not stipulating to an extension of the 90-day discovery stay imposed by the Court at the Case Management Conference. Defendants reserve their rights with respect to the commencement of discovery on January 4, 2007.

**SO STIPULATED**

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By *Francis Bottini* (s/c with permission)
Francis A Bottini, Jr.

COUNSEL FOR LEAD PLAINTIFFS

BARRACK RODOS & BACINE

By _____
Stephen R. Basser

COUNSEL FOR LEAD PLAINTIFFS


PAUL HASTINGS JANOFSKY &
WALKER LLP

By _____
Christopher H. McGrath

COUNSEL FOR NOMINAL DEFENDANT
VERISIGN, INC

AKIN GUMP STRAUSS HAUER &
FELD LLP

By _____
Steven S. Kaufhold

COUNSEL FOR INDIVIDUAL DEFENDANTS

**SO ORDERED:**

1/3/07

By _____
The Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 580 California Street, 15th Floor, San Francisco, California 94104. On December 22, 2006, I served the foregoing document(s) described as:

**STIPULATION AND PROPOSED ORDER**

On the interested party(ies) below, using the following means:

John S. Gordon
Steven B. Stiglitz
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Facsimile: 213.443.3100
*Attorneys for Defendants Marc Holtenhoff and Kevin DiCerbo*

☒ BY UNITED STATES MAIL   I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 22, 2006 at San Francisco, California.

Cheryl Cormier
[Print Name of Person Executing Proof]           [Signature]