COOLEY GODWARD KRONISH LLP
GRANT P. FONDO (181530) (gfondo@cooley.com)
JAMES PENNING (229727) (jpenning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

COOLEY GODWARD KRONISH LLP
WILLIAM E. GRAUER (84806) (wgrauer@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendants
KEVIN COMPTON, QUENTIN P. GALLIVAN, MICHELLE GUTHRIE, DIANA S. KEITH, ROBERT J. KORZENIEWSKI, F. TERRY KREMIAN, SCOTT G. KRIENS, ROGER H. MOORE, EDWARD A. MUELLER, ANIL H.P. PEREIRA, WILLIAM A. ROPER, JR., ARNOLD SCHAEFFER, LOUIS A. SIMPSON and RICHARD YANOWITCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re VERISIGN, INC. DERIVATIVE LITIGATION | Case No. C-06-4165- PJH<br><br>**[Proposed] Order Granting Motion to Substitute Counsel**<br><br>The Hon. Phyllis J. Hamilton |
| This Document Relates To:<br><br>All Actions | |

Having reviewed and considered the motion to substitute counsel by defendants Kevin Compton, Michelle Guthrie, Quentin P. Gallivan, Robert J. Korzeniewski, Diana S. Keith, Scott G. Kriens, F. Terry Kremian, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, William A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson and Richard A. Yanowitch (collectively "Individual Defendants"),

**IT IS HEREBY ORDERED:**

The Individual Defendants motion is GRANTED. William E. Grauer, Grant P. Fondo and James Penning, Cooley Godward Kronish LLP are hereby substituted as counsel of record for the Individual Defendants in place of Steve Shea Kaufhold of Akin Gump Strauss Hauer & Feld.

Dated: October 24, 2007



THE HONORABLE PHYLLIS J. HAMILTON
United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton

2.

[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE AS COUNSEL
C-06-4165-PJH

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO