CHRISTOPHER H. McGRATH (SB# 149129)
chrismcgrath@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90074-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

*Attorneys for Nominal Defendant VeriSign, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re VERISIGN, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO. C-06-4165-PJH<br><br>**STIPULATION AND [P<s>ROPOSED</s>] ORDER SETTING BRIEFING SCHEDULE FOR RESPONSES TO SECOND AMENDED COMPLAINT**<br><br>Judge:  Hon. Phyllis J. Hamilton<br>Ctrm:   3, 17th Floor |

1  The parties, by their undersigned counsel, hereby stipulate to the following:

2  WHEREAS, on September 14, 2007, the Court granted the defendants' respective motions to dismiss in the above-captioned matter;

4  WHEREAS, on October 12, 2007, the Court granted the plaintiffs' administrative motion to enlarge the time to file the second amended complaint, and ordered that the second amended complaint be filed by November 16, 2007 with defendants' responses filed by December 18, 2007;

8  WHEREAS, the plaintiffs filed the Verified Second Amended Shareholder Derivative Complaint on November 16, 2007 ("SAC"); and

10  WHEREAS, there is a related state court consolidated class action entitled *In re VeriSign, Inc. Options Litigation*, Master Case No. 1-07-CV-085890, pending in the California State Superior Court, Santa Clara County, with many of the same named defendants and similar underlying allegations. Due to the similar nature of the underlying allegations, defendants believe coordinating the briefing schedules would be more efficient. The additional time would also provide the parties with an opportunity to determine whether an informal resolution of the action is possible, and have tentatively scheduled a meeting in early January to engage in such a discussion;

18  NOW, THEREFORE, the parties hereby stipulate to the following:

19  1. Defendants' responses to the SAC shall be filed and served by January 31, 2008;

20  2. Plaintiffs' opposition papers shall be filed and served by February 29, 2008;

21  3. Defendants' reply papers shall be filed and served by March 28, 2008;

22  4. The hearing on defendants' responses shall be scheduled for April 23, 2008, at 9:00 a.m., or as soon thereafter as is convenient for the Court.

DATED: December 13, 2007         PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/Christopher H. McGrath_____
CHRISTOPHER H. McGRATH

*Attorneys for Defendant VeriSign, Inc.*

Master File No. C-06-4165-PJH                     -1-              STIPULATION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: December  13 , 2007 | AKIN, GUMP STRAUSS, HAUER & FELD LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | STEVEN S. KAUFHOLD  *with permission* |
| 5 | | *Attorneys for Defendants Stratton D. Sclavos and Dana L. Evan* |
| 6 | DATED: December ____, 2007 | COOLEY GODWARD KRONISH LLP |
| 7 | | |
| 8 | | By: _____ |
| | | GRANT P. FONDO |
| 9 | | |
| 10 | | *Attorneys for Defendants Kevin Compton, Quentin Gallivan, Michelle Guthrie, Diana S. Keith, Robert J. Korzeniewski, F. Terry Kremian, Scott G. Kriens, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, William A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson, and Richard A. Yanowitch* |
| 11 | | |
| 12 | | |
| 13 | DATED: December ____, 2007 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 14 | | |
| 15 | | By: _____ |
| | | MELINDA HAAG |
| 16 | | *Attorneys for Defendants D. James Bidzos, William L. Chenevich, David J. Cowan, Len J. Lauer, and Timothy Tomlinson* |
| 17 | | |

| | | |
|---|---|---|
| 1 | DATED: December ____, 2007 | AKIN, GUMP, STRAUSS, HAUER & FELD LLP |
| 2 | | |
| 3 | | By:_____ |
| | | STEVEN S. KAUFHOLD |
| 4 | | |
| 5 | | *Attorneys for Defendants Stratton D. Sclavos and Dana L. Evan* |
| 6 | DATED: December 12, 2007 | COOLEY GODWARD KRONISH LLP |
| 7 | | |
| 8 | | By:_/s/_____ |
| | | GRANT P. FONDO |
| 9 | | |
| 10 | | *Attorneys for Defendants Kevin Compton, Quentin Gallivan, Michelle Guthrie, Diana S. Keith, Robert J. Korzeniewski, F. Terry Kremian, Scott G. Kriens, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, William A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson, and Richard A. Yanowitch* |
| 11 | | |
| 12 | | |
| 13 | DATED: December ____, 2007 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 14 | | |
| 15 | | By:_____ |
| | | MELINDA HAAG |
| 16 | | |
| 17 | | *Attorneys for Defendants D. James Bidzos, William L. Chenevich, David J. Cowan, Len J. Lauer, and Timothy Tomlinson* |

Master File No. C-06-4165-PJH

-2-   STIPULATION AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: December _____, 2007 | AKIN, GUMP, STRAUSS, HAUER & FELD LLP |
| 2 | | |
| 3 | | By:_____ |
| | | STEVEN S. KAUFHOLD |
| 4 | | |
| | | *Attorneys for Defendants Stratton D. Sclavos and Dana L. Evan* |
| 5 | | |
| 6 | DATED: December _____, 2007 | COOLEY GODWARD KRONISH LLP |
| 7 | | |
| 8 | | By:_____ |
| | | GRANT P. FONDO |
| 9 | | |
| | | *Attorneys for Defendants Kevin Compton, Quentin Gallivan, Michelle Guthrie, Diana S. Keith, Robert J. Korzeniewski, F. Terry Kremian, Scott G. Kriens, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, William A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson, and Richard A. Yanowitch* |
| 13 | DATED: December 12, 2007 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 14 | | |
| 15 | | By: /s/ Randy Luskey FoR _____ |
| | | MELINDA HAAG |
| 16 | | *Attorneys for Defendants D. James Bidzos, William L. Chenevich, David J. Cowan, Len J. Lauer, and Timothy Tomlinson* |

Master File No. C-06-4165-PJH

-2-    STIPULATION AND [PROPOSED] ORDER

1  DATED: December 13, 2007        BARRACK, RODOS & BACINE

2

3                                  By: _____
                                         JOHN L. HAEUSSLER
4                                   with permission
                                    *Attorneys for Plaintiffs*

5  DATED: December 13, 2007        WOLF HALDENSTEIN ADLER FREEMAN
                                   & HERZ, LLP
6

7

8                                  By: _____
                                         FRANCIS M. GREGOREK
9                                  *Attorneys for Plaintiffs*

10                                       *  *  *

11

12                                       **ORDER**

13         PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

14  DATED: 12/14/07                _____
15                                 THE HONORABLE PHYLLIS J. HAMILTON
                                   UNITED STATES DISTRICT JUDGE
16
                                   IT IS SO ORDERED
17                                 Judge Phyllis J. Hamilton

18

19

20

21

22

23

24

25  LEGAL_US_W # 57732082.1

26

27

28

Master File No. C-06-4165-PJH          -3-           STIPULATION AND [PROPOSED] ORDER