1    CHRISTOPHER H. McGRATH (SB# 149129)
chrismcgrath@paulhastings.com
2    PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
3    San Diego, CA 92130
Telephone: (858) 720-2500
4    Facsimile: (858) 720-2555

5    THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
6    PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
7    Los Angeles, CA 90074-2228
Telephone: (213) 683-6000
8    Facsimile: (213) 627-0705

9    EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
10   PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
11   San Francisco, CA 94105
Telephone: (415) 856-7000
12   Facsimile: (415) 856-7100

*Attorneys for Nominal Defendant VeriSign, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re VERISIGN, INC. DERIVATIVE LITIGATION | MASTER FILE NO. C-06-4165-PJH |
|---|---|
| | **STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR RESPONSES TO SECOND AMENDED COMPLAINT** AS MODIFIED BY THE COURT |
| This Document Relates To: | |
| ALL ACTIONS. | Judge: Hon. Phyllis J. Hamilton<br>Ctrm: 3, 17th Floor |

| | |
|---|---|
| 1 | The parties, by their undersigned counsel, hereby stipulate to the following: |
| 2 | WHEREAS, on September 14, 2007, the Court granted the defendants' respective motions |
| 3 | to dismiss in the above-captioned matter; |
| 4 | WHEREAS, on October 12, 2007, the Court granted the plaintiffs' administrative motion |
| 5 | to enlarge the time to file the second amended complaint, and ordered that the second amended |
| 6 | complaint be filed by November 16, 2007 with defendants' responses filed by December 18, |
| 7 | 2007; |
| 8 | WHEREAS, the plaintiffs filed the Verified Second Amended Shareholder Derivative |
| 9 | Complaint on November 16, 2007 ("SAC"); |
| 10 | WHEREAS, on December 14, 2007 the Court granted the parties' stipulation to set a |
| 11 | schedule for the filing of defendants' responses to the SAC and subsequent briefing; |
| 12 | WHEREAS, pursuant to the terms of the December 14, 2007 stipulated order, defendants' |
| 13 | respective responses to the SAC are due on or before January 31, 2008; plaintiffs' opposition |
| 14 | brief and supporting papers due on or before February 29, 2008; and the defendants' reply papers |
| 15 | due on or before March 28, 2008, with a hearing set for April 23, 2008, at 9:00 a.m.; and |
| 16 | WHEREAS, there is a related state court consolidated class action entitled *In re VeriSign,* |
| 17 | *Inc. Options Litigation*, Master Case No. 1-07-CV-085890, pending in the California State |
| 18 | Superior Court, Santa Clara County, with many of the same named defendants and similar |
| 19 | underlying allegations. Due to the similar nature of the underlying allegations, defendants believe |
| 20 | coordinating the briefing schedules would be more efficient. The additional time would also |
| 21 | provide the parties with an opportunity to determine whether an informal resolution of the action |
| 22 | is possible; |
| 23 | WHEREAS, the parties met in Washington, D.C., on January 7, 2008, to begin settlement |
| 24 | talks, which are ongoing. Such talks are complex because of the pendency of related litigation. |
| 25 | The parties believe that additional time is necessary for the parties to further pursue that |
| 26 | discussion; |
| 27 | NOW, THEREFORE, the parties hereby stipulate to the following: |
| 28 | 1. Defendants' responses to the SAC shall be filed and served by March ~~3,~~ 5, 2008; |

|   |   | April 2, 2008 |
|---|---|---|
| 1 | 2. | Plaintiffs' opposition papers shall be filed and served by ~~March 31, 2008~~; |
|   |   | 23 |
| 2 | 3. | Defendants' reply papers shall be filed and served by April ~~28~~, 2008; |
|   |   | 14 |
| 3 | 4. | The hearing on defendants' responses shall be scheduled for May ~~12~~, 2008, at 9:00 |

a.m., or as soon thereafter as is convenient for the Court.

DATED: January 28, 2008     PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:     /s/Christopher H. McGrath
        CHRISTOPHER H. McGRATH

*Attorneys for Defendant VeriSign, Inc.*

DATED: January 28, 2008     AKIN, GUMP, STRAUSS, HAUER & FELD LLP


By: _____ with permission
        STEVEN S. KAUFHOLD

*Attorneys for Defendants Stratton D. Sclavos and Dana L. Evan*

DATED: January 28, 2008     COOLEY GODWARD KRONISH LLP


By: _____ with permission
        GRANT P. FONDO

*Attorneys for Defendants Kevin Compton, Quentin Gallivan, Michelle Guthrie, Diana S. Keith, Robert J. Korzeniewski, F. Terry Kremian, Scott G. Kriens, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, William A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson, and Richard A. Yanowitch*

DATED: January 28, 2008     ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _____ with permission
        MELINDA HAAG

*Attorneys for Defendants D. James Bidzos, William L. Chenevich, David J. Cowan, Len J. Lauer, and Timothy Tomlinson*

| | | |
|---|---|---|
| 1 | DATED: ~~December~~ January 28, 2008 | BARRACK, RODOS & BACINE |
| 2 | | |
| 3 | | By: /s/ John L. Haeussler |
| | | JOHN L. HAEUSSLER |
| 4 | | *Attorneys for Plaintiffs* |
| 5 | DATED: ~~December~~ January 28, 2008 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP |
| 6 | | |
| 7 | | By: /s/ Francis M. Gregorek |
| 8 | | FRANCIS M. GREGOREK |
| 9 | | *Attorneys for Plaintiffs* |

* * *

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED. AS MODIFIED.

DATED: 1/29/08

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]

LEGAL_US_W # 58033482.1

-3- STIPULATION AND [PROPOSED] ORDER

Master File No. C-06-4165-PJH