CHRISTOPHER H. McGRATH (SB# 149129)
chrismcgrath@paulhastings.com
KIMBERLEY A. DONOHUE (SB# 247027)
kimberleydonohue@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90074-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

*Attorneys for Nominal Defendant VeriSign, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re VERISIGN, INC. DERIVATIVE LITIGATION | MASTER FILE NO. C-06-4165-PJH |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR RESPONSES TO SECOND AMENDED COMPLAINT** AND SCHEDULING CASE MANAGEMENT CONFERENCE<br><br>Judge: Hon. Phyllis J. Hamilton<br>Ctrm: 3, 17th Floor |

Master File No. C-06-4165-PJH

STIPULATION & [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE

| | |
|---|---|
| 1 | The parties, by their undersigned counsel, hereby stipulate to the following: |
| 2 | WHEREAS, on September 14, 2007, the Court granted the motion by KPMG LLP to |
| 3 | compel arbitration of the claims against it and granted the other defendants' respective motions to |
| 4 | dismiss in the above-captioned matter; |
| 5 | WHEREAS, on October 12, 2007, the Court granted the plaintiffs' administrative motion |
| 6 | to enlarge the time to file the second amended complaint, and ordered that the second amended |
| 7 | complaint be filed by November 16, 2007 with defendants' responses filed by December 18, |
| 8 | 2007; |
| 9 | WHEREAS, the plaintiffs filed the Verified Second Amended Shareholder Derivative |
| 10 | Complaint on November 16, 2007 ("SAC"); |
| 11 | WHEREAS, on January 29, 2008 the Court granted the parties' stipulation to set a |
| 12 | schedule for the filing of defendants' responses to the SAC and subsequent briefing; |
| 13 | WHEREAS, pursuant to the terms of the January 29, 2008 stipulated order, defendants' |
| 14 | respective responses to the SAC are due on or before March 5, 2008; plaintiffs' opposition brief |
| 15 | and supporting papers due on or before April 2, 2008; and the defendants' reply papers due on or |
| 16 | before April 23, 2008, with a hearing set for May 14, 2008, at 9:00 a.m.; and |
| 17 | WHEREAS, the parties met in Washington, D.C., on January 7, 2008, to begin settlement |
| 18 | talks, which are ongoing. Such talks are complex because of the pendency of related state court |
| 19 | litigation. The parties believe that additional time is necessary for the parties to further pursue |
| 20 | that discussion; |
| 21 | WHEREAS, there is a related state court consolidated class action entitled *In re VeriSign,* |
| 22 | *Inc. Options Litigation*, Master Case No. 1-07-CV-085890, pending in the California State |
| 23 | Superior Court, Santa Clara County, with many of the same named defendants and similar |
| 24 | underlying allegations. Defendants believe that judicial resolution of certain issues in the related |
| 25 | state court action is necessary in order to continue the settlement discussions in this action, and |
| 26 | additional time would provide the parties with that opportunity as well as the ability to determine |
| 27 | whether an informal resolution of this action is possible. A hearing on the defendants' motion to |
| 28 | dismiss (demurrer) the state court class action complaint is scheduled before The Honorable Jack |

Komar on April 25, 2008;

WHEREAS, the parties are willing to appear before this Court at a status hearing to further discuss the reasons why the parties believe that the following response deadline and briefing schedule are necessary and beneficial to all parties and the Court.

NOW, THEREFORE, the parties hereby stipulate to the following:

1. Defendants' responses to the SAC shall be filed and served within forty-five (45) days after the parties determine that settlement discussions have terminated;

2. Plaintiffs' opposition papers shall be filed and served within thirty (30) days after service of defendants' responses; and

3. Defendants' reply papers shall be filed and served within thirty (30) days after service of plaintiffs' opposition;

4. A status conference to discuss the progress of settlement negotiations between the parties will be scheduled for May 22, 2008 at 2:30 p.m. or as soon thereafter as is convenient for the Court.

DATED: February 27, 2008        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:_____/s/Christopher H. McGrath_____
CHRISTOPHER H. McGRATH

*Attorneys for Nominal Defendant VeriSign, Inc.*

DATED: February 27, 2008        AKIN, GUMP, STRAUSS, HAUER & FELD LLP

By:_____[signature] w/ permission_____
STEVEN S. KAUFHOLD

*Attorneys for Defendants Stratton D. Sclavos, Dana L. Evan, and Gregory L. Reyes*

| | | |
|---|---|---|
| 1 | DATED: February 22, 2008 | COOLEY GODWARD KRONISH LLP |
| 2 | | |
| 3 | | By: _____ |
| | | GRANT P. FONDO |
| 4 | | *Attorneys for Defendants Kevin Compton, Quentin* |
| 5 | | *Gallivan, Michelle Guthrie, Diana S. Keith, Robert J.* |
| | | *Korzeniewski, F. Terry Kremian, Scott G. Kriens, Roger* |
| 6 | | *H. Moore, Edward A. Mueller, Anil H.P. Pereira, William* |
| | | *A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson, and* |
| 7 | | *Richard A. Yanowitch* |
| 8 | DATED: February 22, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | | |
| | | By: _____ |
| 10 | | MELINDA HAAG |
| 11 | | *Attorneys for Defendants D. James Bidzos, William L.* |
| | | *Chenevich, David J. Cowan, Len J. Lauer, and Timothy* |
| 12 | | *Tomlinson* |
| 13 | DATED: February 22, 2008 | BINGHAM McCUTCHEN LLP |
| 14 | | |
| 15 | | By: _____ |
| | | DALE E. BARNES |
| 16 | | *Attorneys for Defendant KPMG LLP* |
| 17 | DATED: February 22, 2008 | BARRACK, RODOS & BACINE |
| 18 | | |
| 19 | | By: _____ |
| | | JOHN L. HAEUSSLER |
| 20 | | *Attorneys for Plaintiffs* |

Master File No. C-06-4165-PJH

-3-

STIPULATION & [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE

DATED: February 27, 2008            WOLF HALDENSTEIN ADLER FREEMAN
                                    & HERZ, LLP

                                    By: /s/ Francis M. Gregorek
                                        ―――――――――――――――――――
                                        FRANCIS M. GREGOREK

                                    *Attorneys for Plaintiffs*

                                    *  *  *

### ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 3/3/08
                                    ――――――――――――――――――――――
                                    THE HONORABLE PHYLLIS J. HAMILTON
                                    UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

LEGAL_US_W # 58270166.4

| | |
|---|---|
| 1 | CHRISTOPHER H. McGRATH (SB# 149129)<br>chrismcgrath@paulhastings.com |
| 2 | KIMBERLEY A. DONOHUE (SB# 247027)<br>kimberleydonohue@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>3579 Valley Centre Drive |
| 4 | San Diego, CA 92130<br>Telephone: (858) 720-2500 |
| 5 | Facsimile: (858) 720-2555 |
| 6 | THOMAS A. ZACCARO (SB# 183241)<br>thomaszaccaro@paulhastings.com |
| 7 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>515 South Flower Street, Twenty-Fifth Floor |
| 8 | Los Angeles, CA 90074-2228<br>Telephone: (213) 683-6000 |
| 9 | Facsimile: (213) 627-0705 |
| 10 | EDWARD HAN (SB# 196924)<br>edwardhan@paulhastings.com |
| 11 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>55 Second Street, 24th Floor |
| 12 | San Francisco, CA 94105<br>Telephone: (415) 856-7000 |
| 13 | Facsimile: (415) 856-7100 |

Attorneys for Nominal Defendant VeriSign, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re VERISIGN, INC. DERIVATIVE LITIGATION | MASTER FILE NO. C-06-4165-PJH |
| This Document Relates To:<br><br>ALL ACTIONS. | **PROOF OF SERVICE**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Ctrm: 3, 17th Floor |

Master File No. C-06-4165-PJH — PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 3579 Valley Centre Drive, San Diego, CA 92130.

On February 27, 2008, I served:

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR RESPONSES TO SECOND AMENDED COMPLAINT**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**See Attached Service List**

[X] (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[X] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail **(only as to the parties identified with an asterisk (\*\*)**, for collection and mailing at Paul, Hastings, Janofsky & Walker LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL DELIVERY) I then sealed the envelope and caused it to be hand delivered to the offices of the addressee(s) below.

[ ] (BY FACSIMILE) I transmitted the above-listed document(s) to the party(ies) listed above via facsimile on N/A. No transmission error was reported by the facsimile machine.

[ ] (BY UNITED PARCEL SERVICE) I am readily familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed at San Diego, California on February 27, 2008.

*Veronica Rivera*
VERONICA RIVERA

Master File No. C-06-4165-PJH            -1-            PROOF OF SERVICE

# SERVICE LIST

**COUNSEL FOR PLAINTIFFS:**

* Francis M. Gregorek
  Betsy C. Manifold
  Rachele R. Rickert
  Marisa C. Livesay
  WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ, LLP
  750 B Street, Suite 2770
  San Diego, CA 92101
  Telephone: (619) 239-4599
  Facsimile: (619) 234-4599

\*\*Jacob T. Fogel
  LAW OFFICES OF JACOB T. FOGEL
  32 Court Street, Suite 602
  Brooklyn, NY 11201
  Telephone: (718) 221-5552
  Facsimile: (718) 875-4500

* Stephen R. Basser
  John L. Haeussler
  BARRACK, RODOS & BACINE
  402 West Broadway, Suite 850
  San Diego, CA 92101
  Telephone: (619) 230-0800
  Facsimile: (619) 230-1874

\*\*Daniel E. Bacine
  Jeffrey W. Golan
  BARRACK, RODOS & BACINE
  3300 Two Commerce Square
  2001 Market Street
  Philadelphia, PA 19103
  Telephone: (215) 963-0600
  Facsimile: (215) 963-0838

*Attorneys for Plaintiffs Ruthy Parnes, Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Unit*

**COUNSEL FOR DEFENDANTS:**

* Grant P. Fondo
  James Penning
  COOLEY GODWARD KRONISH LLP
  5 Palo Alto Square
  3000 El Camino Real
  Palo Alto, CA 94306
  Telephone: (650) 843-5000
  Facsimile: (650) 857-0663

* William E. Grauer
  COOLEY GODWARD KRONISH LLP
  4401 Eastgate Mall
  San Diego, CA 92121
  Telephone: (858) 550-6000
  Facsimile: (858) 550-6420

*Attorneys for Defendants Kevin Compton, Quentin P. Gallivan, Michelle Guthrie, Diana S. Keith, Robert J. Korzeniewski, Scott G. Kriens, Terry Kremian, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, William A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson and Richard A. Yanowitch*

| | |
|---|---|
| * Nima Eghbali Sohi<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 393-2754<br>Facsimile: (415) 393-2286 | * Stephanie Leigh Thomases<br>BINGHAM McCUTCHEN LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303<br>Telephone: (650) 849-4940<br>Facsimile: (650) 849-4800 |

*Attorneys for Defendant KPMG LLP*

*Melinda Haag
James N. Kramer
Randall S. Luskey
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94150-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Attorneys for Defendants D. James Bidzos,
William L. Chenevich, David J. Cowan, Len J.
Lauer and Timothy Tomlinson*

*Steven S. Kaufhold
AKIN, GUMP, STRAUSS, HAUER
  & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

*Attorneys for Defendants Stratton D. Sclavos
and Dana L. Evan*


\*      **Denotes service via CM/ECF**
\*\*    **Denotes service via U.S. Mail**

LEGAL_US_W # 58291671.1