CHRISTOPHER H. McGRATH (SB# 149129)
chrismcgrath@paulhastings.com
KIMBERLEY A. DONOHUE (SB# 247027)
kimberleydonohue@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90074-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

*Attorneys for Nominal Defendant VeriSign, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re VERISIGN, INC. DERIVATIVE LITIGATION | MASTER FILE NO. C-06-4165-PJH |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Ctrm: 3, 17th Floor |

1    The parties, by their undersigned counsel, hereby stipulate to the following:

2    WHEREAS, on September 14, 2007, the Court granted the motion by KPMG LLP to
3    compel arbitration of the claims against it and granted the other defendants' respective motions to
4    dismiss in the above-captioned matter;

5    WHEREAS, on October 12, 2007, the Court granted the plaintiffs' administrative motion
6    to enlarge the time to file the second amended complaint, and ordered that the second amended
7    complaint be filed by November 16, 2007 with defendants' responses filed by December 18,
8    2007;

9    WHEREAS, the plaintiffs filed the Verified Second Amended Shareholder Derivative
10   Complaint on November 16, 2007 ("SAC");

11   WHEREAS, on March 3, 2008, the Court granted the parties' stipulation to (1) set a
12   schedule for the filing of defendants' responses to the SAC, and (2) schedule a case management
13   conference on May 22, 2008 to discuss the progress of settlement negotiations;

14   WHEREAS, the parties have and continue to engage in ongoing settlement discussions,
15   which are complicated due to the pendency of related state court litigation, and believe that
16   additional time is necessary for the parties to further pursue that discussion;

17   WHEREAS, there is a related state court consolidated putative class action entitled *In re*
18   *VeriSign, Inc. Options Litigation*, Master Case No. 1-07-CV-085890, pending in the California
19   State Superior Court, Santa Clara County, with many of the same named defendants and similar
20   underlying allegations.  Defendants believe that judicial resolution of certain issues in the related
21   state court action is necessary in order to continue the settlement discussions in this action, and
22   additional time would provide the parties with that opportunity as well as the ability to determine
23   whether an informal resolution of this action is possible.  A hearing on the defendants' motion to
24   dismiss (demurrer) the state court class action complaint was originally scheduled before The
25   Honorable Jack Komar on April 25, 2008, but was continued to May 23, 2008; and

26   WHEREAS, the parties believe the case management conference currently scheduled for
27   May 22, 2008 should be rescheduled to a later date to provide an opportunity to obtain an order
28   on the demurrers in the state court class action.

NOW, THEREFORE, the parties hereby stipulate to the following:

1. The currently scheduled status conference on May 22, 2008 to discuss the progress of settlement negotiations between the parties will be rescheduled to June 19, 2008 at 2:30 p.m. or as soon thereafter as is convenient for the Court.

DATED: May 12, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: /s/Christopher H. McGrath
    CHRISTOPHER H. McGRATH

*Attorneys for Nominal Defendant VeriSign, Inc.*

DATED: May 12, 2008          AKIN, GUMP, STRAUSS, HAUER & FELD LLP


By: [signature] w/authorization
    STEVEN S. KAUFHOLD

*Attorneys for Defendants Stratton D. Sclavos, Dana L. Evan, and Gregory L. Reyes*

DATED: May 12, 2008          COOLEY GODWARD KRONISH LLP


By: [signature] w/authorization
    GRANT P. FONDO

*Attorneys for Defendants Kevin Compton, Quentin Gallivan, Michelle Guthrie, Diana S. Keith, Robert J. Korzeniewski, F. Terry Kremian, Scott G. Kriens, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, William A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson, and Richard A. Yanowitch*

DATED: May 12, 2008          ORRICK, HERRINGTON & SUTCLIFFE LLP


By: [signature] w/authorization
    MELINDA HAAG

*Attorneys for Defendants D. James Bidzos, William L. Chenevich, David J. Cowan, Len J. Lauer, and Timothy Tomlinson*

DATED: May 12, 2008            BINGHAM McCUTCHEN LLP

                               By: _____
                                      DALE E. BARNES

                               *Attorneys for Defendant KPMG LLP*

DATED: May 12, 2008            BARRACK, RODOS & BACINE

                               By: _____
                                      JOHN L. HAEUSSLER

                               *Attorneys for Plaintiffs*


[ADDITIONAL SIGNATURES CONTINUE ON NEXT PAGE]

| | | |
|---|---|---|
| 1 | DATED: May 12, 2008 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP |
| 2 | | |
| 3 | | By: /s/ Francis M. Gregorek |
| 4 | | FRANCIS M. GREGOREK |
| 5 | | *Attorneys for Plaintiffs* |

\* \* \*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 5/13/08

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)

LEGAL_US_W # 58908391.1