1    CHRISTOPHER H. McGRATH (SB# 149129)
chrismcgrath@paulhastings.com
2    KIMBERLEY A. DONOHUE (SB# 247027)
kimberleydonohue@paulhastings.com
3    PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
4    San Diego, CA  92130
Telephone:  (858) 720-2500
5    Facsimile:  (858) 720-2555

6    THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
7    PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
8    Los Angeles, CA  90074-2228
Telephone:  (213) 683-6000
9    Facsimile:  (213) 627-0705

10    EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
11    PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
12    San Francisco, CA  94105
Telephone:  (415) 856-7000
13    Facsimile:  (415) 856-7100

14    *Attorneys for Nominal Defendant VeriSign, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re VERISIGN, INC. DERIVATIVE LITIGATION | MASTER FILE NO. C-06-4165-PJH |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Hon. Phyllis J. Hamilton<br>Ctrm:     3, 17th Floor |

The parties, by their undersigned counsel, hereby stipulate to the following:

WHEREAS, on September 14, 2007, the Court granted the motion by KPMG LLP to compel arbitration of the claims against it and granted the other defendants' respective motions to dismiss in the above-captioned matter;

WHEREAS, on October 12, 2007, the Court granted the plaintiffs' administrative motion to enlarge the time to file the second amended complaint, and ordered that the second amended complaint be filed by November 16, 2007 with defendants' responses filed by December 18, 2007;

WHEREAS, the plaintiffs filed the Verified Second Amended Shareholder Derivative Complaint on November 16, 2007 ("SAC");

WHEREAS, on May 13, 2008, the Court granted the parties' stipulation to (1) set a schedule for the filing of defendants' responses to the SAC, and (2) schedule a case management conference on June 19, 2008 to discuss the progress of settlement negotiations;

WHEREAS, the parties have and continue to engage in ongoing settlement discussions, which are complicated due to the pendency of related state court litigation, and believe that additional time is necessary for the parties to further pursue that discussion;

WHEREAS, there is a related state court consolidated putative class action entitled *In re VeriSign, Inc. Options Litigation*, Master Case No. 1-07-CV-085890, pending in the California State Superior Court, Santa Clara County, with many of the same named defendants and similar underlying allegations.  Defendants believe that judicial resolution of certain issues in the related state court action is necessary in order to continue the settlement discussions in this action, and additional time would provide the parties with that opportunity as well as the ability to determine whether an informal resolution of this action is possible.  A hearing on the defendants' motion to dismiss (demurrer) the state court class action complaint was originally scheduled before the Honorable Jack Komar on April 25, 2008, and, due to scheduling issues experienced by that court as well as certain of the parties, has been continued to June 27, 2008; and

WHEREAS, the parties believe the case management conference currently scheduled for June 19, 2008 should be rescheduled to a later date to provide an opportunity to obtain an order

Master File No. C-06-4165-PJH -1- STIP & [PROPOSED] ORDER RESCHEDULING CMC

1 | on the demurrers in the state court class action.

2 | NOW, THEREFORE, the parties hereby stipulate to the following:

3 | 1. The currently scheduled status conference on June 19, 2008 to discuss the progress of settlement negotiations between the parties will be rescheduled to July ~~17~~ 24, 2008 at 2:30 p.m. or as soon thereafter as is convenient for the Court.

DATED: June 10, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP

                              By: _____/s/Christopher H. McGrath_____
                                     CHRISTOPHER H. McGRATH

                              *Attorneys for Nominal Defendant VeriSign, Inc.*

DATED: June 10, 2008          AKIN, GUMP, STRAUSS, HAUER & FELD LLP

                              By: _____
                                     STEVEN S. KAUFHOLD

                              *Attorneys for Defendants Stratton D. Sclavos, Dana L. Evan, and Gregory L. Reyes*

DATED: June 10, 2008          COOLEY GODWARD KRONISH LLP

                              By: _____
                                     GRANT P. FONDO

                              *Attorneys for Defendants Kevin Compton, Quentin Gallivan, Michelle Guthrie, Diana S. Keith, Robert J. Korzeniewski, F. Terry Kremian, Scott G. Kriens, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, William A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson, and Richard A. Yanowitch*

DATED: June 10, 2008          ORRICK, HERRINGTON & SUTCLIFFE LLP

                              By: _____
                                     MELINDA HAAG

                              *Attorneys for Defendants D. James Bidzos, William L. Chenevich, David J. Cowan, Len J. Lauer, and Timothy Tomlinson*

| | | |
|---|---|---|
| 1 | DATED: June 10, 2008 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By: _____ |
| | | DALE E. BARNES |
| 4 | | *Attorneys for Defendant KPMG LLP* |
| 5 | DATED: June 10, 2008 | BARRACK, RODOS & BACINE |
| 6 | | |
| 7 | | By: _____ |
| | | JOHN L. HAEUSSLER |
| 8 | | *Attorneys for Plaintiffs* |
| 9 | DATED: June 10, 2008 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP |
| 10 | | |
| 11 | | |
| 12 | | By: _____ |
| | | FRANCIS M. GREGOREK |
| 13 | | *Attorneys for Plaintiffs* |

\* \* \*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 6/11/08     _____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

LEGAL_US_W # 59130624.1

Master File No. C-06-4165-PJH     -3-     STIP & [PROPOSED] ORDER RESCHEDULING CMC