1  CHRISTOPHER H. McGRATH (SB# 149129)
   chrismcgrath@paulhastings.com
2  KIMBERLEY A. DONOHUE (SB# 247027)
   kimberleydonohue@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   3579 Valley Centre Drive
4  San Diego, CA  92130
   Telephone:  (858) 720-2500
5  Facsimile:  (858) 720-2555

6  THOMAS A. ZACCARO (SB# 183241)
   thomaszaccaro@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, 25th Floor
8  Los Angeles, CA  90074-2228
   Telephone:  (213) 683-6000
9  Facsimile:  (213) 627-0705

10 EDWARD HAN (SB# 196924)
   edwardhan@paulhastings.com
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
12 San Francisco, CA  94105
   Telephone:  (415) 856-7000
13 Facsimile:  (415) 856-7100

14 *Attorneys for Nominal Defendant VeriSign, Inc.*

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18

| 19 In re VERISIGN, INC. DERIVATIVE LITIGATION | MASTER FILE NO. C-06-4165-PJH |
|---|---|
| 20 | |
| 21 This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| 22     ALL ACTIONS. | |
| 23 | Judge:  Hon. Phyllis J. Hamilton<br>Ctrm:   3, 17th Floor |

24

25

26

27

28

Master File No. C-06-4165-PJH

STIP & [PROPOSED] ORDER
RESCHEDULING CMC

The parties, by their undersigned counsel, hereby stipulate to the following:

WHEREAS, on September 14, 2007, the Court granted the motion by KPMG LLP to compel arbitration of the claims against it and granted the other defendants' respective motions to dismiss in the above-captioned matter;

WHEREAS, on October 12, 2007, the Court granted the plaintiffs' administrative motion to enlarge the time to file the second amended complaint, and ordered that the second amended complaint be filed by November 16, 2007 with defendants' responses filed by December 18, 2007;

WHEREAS, the plaintiffs filed the Verified Second Amended Shareholder Derivative Complaint on November 16, 2007 ("SAC");

WHEREAS, on May 13, 2008, the Court granted the parties' stipulation to (1) set a schedule for the filing of defendants' responses to the SAC, and (2) schedule a case management conference on June 19, 2008 to discuss the progress of settlement negotiations;

WHEREAS on June 11, 2008, the Court granted the parties' stipulation to reschedule the case management conference to July 24, 2008;

WHEREAS, the parties have and continue to engage in ongoing settlement discussions, which are complicated due to the pendency of related state court litigation, and believe that additional time is necessary for the parties to further pursue that discussion;

WHEREAS, there is a related state court consolidated putative class action entitled *In re VeriSign, Inc. Options Litigation*, Master Case No. 1-07-CV-085890, pending in the California State Superior Court, Santa Clara County, with many of the same named defendants and similar underlying allegations. Defendants believe that judicial resolution of certain issues in the related state court action is necessary in order to continue the settlement discussions in this action, and additional time would provide the parties with that opportunity, as well as the ability to determine whether an informal resolution of this action is possible. A hearing on the defendants' motions to dismiss (demurrers) the state court class action complaint was originally scheduled before the Honorable Jack Komar on April 25, 2008, and, due to scheduling issues experienced by that court as well as by certain of the parties, had been continued to June 27, 2008. On or about June 23,

2008, the state court notified the parties in the state court action that the hearing would again have to be rescheduled, and, after consultation with the parties, the hearing on the defendants' motions to dismiss (demurrers) has been continued to August 1, 2008; and

WHEREAS, the parties believe the case management conference currently scheduled for July 24, 2008 should be rescheduled to a later date to provide an opportunity to obtain an order on the demurrers in the state court class action.

NOW, THEREFORE, the parties hereby stipulate to the following:

The currently scheduled status conference on July 24, 2008 to discuss the progress of settlement negotiations between the parties will be rescheduled to August 28, 2008 at 2:30 p.m. or as soon thereafter as is convenient for the Court.

DATED: July 8, 2008         PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:     /s/Christopher H. McGrath
        CHRISTOPHER H. McGRATH

*Attorneys for Nominal Defendant VeriSign, Inc.*

DATED: July 8, 2008         AKIN, GUMP, STRAUSS, HAUER & FELD LLP

By: STEVEN S. KAUFHOLD

*Attorneys for Defendants Stratton D. Sclavos, Dana L. Evan, and Gregory L. Reyes*

DATED: July 8, 2008         COOLEY GODWARD KRONISH LLP

By: GRANT P. FONDO

*Attorneys for Defendants Kevin Compton, Quentin Gallivan, Michelle Guthrie, Diana S. Keith, Robert J. Korzeniewski, F. Terry Kremian, Scott G. Kriens, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, William A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson, and Richard A. Yanowitch*

| | | |
|---|---|---|
| 1 | DATED: July 8, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By: _____ |
| | | MELINDA HAAG |
| 4 | | |
| 5 | | *Attorneys for Defendants D. James Bidzos, William L. Chenevich, David J. Cowan, Len J. Lauer, and Timothy Tomlinson* |
| 6 | DATED: July 8, 2008 | BINGHAM McCUTCHEN LLP |
| 7 | | |
| 8 | | By: _____ |
| | | DALE E. BARNES |
| 9 | | *Attorneys for Defendant KPMG LLP* |
| 10 | DATED: July 8, 2008 | BARRACK, RODOS & BACINE |
| 11 | | |
| 12 | | By: _____ |
| | | JOHN L. HAEUSSLER |
| 13 | | *Attorneys for Plaintiffs* |
| 14 | DATED: July 8, 2008 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP |
| 15 | | |
| 16 | | By: _____ |
| | | FRANCIS M. GREGOREK |
| 17 | | |
| 18 | | *Attorneys for Plaintiffs* |

\* \* \*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: July 9, 2008

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

LEGAL_US_W # 59331305.1

Master File No. C-06-4165-PJH       -3-       STIP & [PROPOSED] ORDER RESCHEDULING CMC