1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re VERISIGN, INC. DERIVATIVE LITIGATION | MASTER FILE NO. C-06-4165-PJH |
|---|---|
| | **JOINT CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] ORDER** MODIFIED |
| This Document Relates To:<br><br>ALL ACTIONS. | Date:       August 28, 2008<br>Time:      2:30 p.m.<br>Judge:    Hon. Phyllis J. Hamilton<br>Ctrm:     3, 17th Floor |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request that the Court adopt it as its Case Management Order in this case.

**Progress Or Changes Since Last Case Management Statement**

1.     On September 14, 2007, this Court granted the motion by KPMG LLP to compel arbitration of the claims against it and also granted the other defendants' respective motions to dismiss in the above-captioned matter.

2.     On October 12, 2007, this Court then granted the plaintiffs' administrative motion to enlarge the time to file the second amended complaint, and ordered that the second amended complaint be filed by November 16, 2007 with defendants' responses filed by December 18, 2007.

3.     Pursuant to the October 12th order, the plaintiffs filed their Verified Second Amended Shareholder Derivative Complaint on November 16, 2007 ("SAC").

4.     On December 14, 2007, the Court granted the parties' stipulation to set a briefing schedule, requiring defendants' responses to be filed by January 31, 2008.

5.     On January 7, 2008, the parties met in Washington, D.C., to begin settlement negotiations.

6.     On January 29, 2008, the Court granted the parties' stipulation to extend the briefing schedule in order to allow more time for settlement discussion, requiring defendants' responses to be filed by March 3, 2008.

7.     On March 3, 2008, the Court granted the parties' stipulation to extend the briefing schedule until a date when the parties determined that settlement negotiations should be terminated.  Additionally, the Court scheduled a status conference for May 22, 2008, to discuss the progress of the settlement discussions.

8.     On May 13, 2008, the Court granted the parties' stipulation to reschedule the status conference to June 19, 2008, in order to allow the parallel state court action to proceed to hearing on the defendants' demurrers (motions to dismiss) to that state court complaint.

9.     On June 11, 2008, because the state court hearing on demurrers (motions to

1   dismiss) had been continued, this Court granted the parties' stipulation to reschedule the status

2   hearing to July 24, 2008.

3        10.    On July 9, 2008, this Court again granted the parties' stipulation to reschedule the

4   status hearing to August 28, 2008 because the state court had again continued the hearing on the

5   demurrers (motions to dismiss).

6        11.    On August 1, 2008, the Superior Court for the State of California, Santa Clara

7   County, heard argument on the defendants' respective demurrers (motions to dismiss), and

8   sustained VeriSign's demurrer, ruling that the putative class action allegations were truly

9   derivative in nature and that the state court plaintiff therefore lacked standing to assert a direct

10  claim. The Superior Court granted plaintiffs 30 days leave to amend their state court complaint.

11  Counsel for defendant VeriSign have conferred with counsel for the state court plaintiff, who

12  have agreed to participate in settlement discussions. The parties anticipate that those settlement

13  discussions will take place within the next 60 days.

14  **Proposals For Case Development**

15       12.    The parties agree that, because settlement discussions are ongoing, the defendants'

16  responses to the SAC shall not be due unless or until those negotiations end. Specifically, the

17  defendants' respective response to the SAC shall be filed and served within forty-five (45) days

18  after the parties determine that settlement discussions have terminated.

19       13.    The parties agree that, to the extent the defendants file another pleading challenge

20  as a response to the SAC, the plaintiffs' opposition papers shall be filed and served within forty-

21  five (45) days after service of defendants' responses.

22       14.    The parties agree that defendants' reply brief shall then be filed and served within

23  thirty (30) days after service of plaintiffs' opposition.

24       15.    The parties agree that a further status conference to discuss the progress of

25  settlement negotiations shall be scheduled for December 4, 2008, at 2:30 p.m. or as soon

26  thereafter as is convenient for the Court.

27  **Appropriateness Of ADR**

28       16.    As the parties have already entered settlement negotiations, which are ongoing,

1 | this section is not applicable at this time.

2 | DATED:  August 21, 2008

CHRISTOPHER H. McGRATH
3 | KIMBERLEY A. DONOHUE
PAUL, HASTINGS, JANOFSKY & WALKER LLP

4 |

5 | By:_____/s/Christopher H. McGrath_____
CHRISTOPHER H. McGRATH

6 | 3579 Valley Centre Drive
7 | San Diego, CA  92130
Telephone:  (858) 720-2500
8 | Facsimile:  (858) 720-2555

9 | THOMAS A. ZACCARO
PAUL, HASTINGS, JANOFSKY & WALKER LLP
10 | 515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA  90074-2228
11 | Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

12 | EDWARD HAN
13 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Twenty-Fourth Floor
14 | San Francisco, CA  94105
Telephone:  (415) 856-7000
15 | Facsimile:  (415) 856-7100

16 | *Attorneys for Nominal Defendant VeriSign, Inc.*

17 | DATED:  August 21, 2008

STEVEN S. KAUFHOLD
AKIN, GUMP, STRAUSS, HAUER & FELD LLP

18 |

19 | By:_____
20 | STEVEN S. KAUFHOLD

21 | 580 California Street, Suite 1500
San Francisco, CA  94104-1036
22 | Telephone:  (415) 765-9500
Facsimile:  (415) 765-9501

23 | *Attorneys for Defendants Stratton D. Sclavos, Dana L.*
24 | *Evan and Gregory L. Reyes*

25 |

26 |

27 |

28 |

1  DATED:  August 21, 2008          GRANT P. FONDO
2                                    JAMES PENNING
                                     COOLEY GODWARD KRONISH LLP
3

4                                    By: _____
                                              GRANT P. FONDO
5

6                                    5 Palo Alto Square
                                     3000 El Camino Real
7                                    Palo Alto, CA  94306
                                     Telephone:  (650) 843-5000
8                                    Facsimile:  (650) 857-0663

9                                    WILLIAM E. GRAUER
                                     OLEG CROSS
10                                   COOLEY GODWARD KRONISH LLP
                                     4401 Eastgate Mall
11                                   San Diego, CA  92121
                                     Telephone:  (858) 550-6000
12                                   Facsimile:  (858) 550-6420

13                                   *Attorneys for Defendants Kevin Compton, Quentin P.*
                                     *Gallivan, Michelle Guthrie, Diana S. Keith, Robert J.*
14                                   *Korzeniewski, Terry Kremian, Scott G. Kriens, Roger H.*
                                     *Moore, Edward A. Mueller, Anil H.P. Pereira, William*
15                                   *A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson and*
                                     *Richard A. Yanowitch*

16  DATED:  August 21, 2008          MELINDA HAAG
17                                   JAMES N. KRAMER
                                     RANDALL S. LUSKEY
18                                   ORRICK, HERRINGTON & SUTCLIFFE LLP

19

20                                   By: _____
                                              MELINDA HAAG
21

22                                   The Orrick Building
                                     405 Howard Street
23                                   San Francisco, CA  94150-2669
                                     Telephone:  (415) 773-5700
                                     Facsimile:  (415) 773-5759

24                                   *Attorneys for Defendants D. James Bidzos, William L.*
25                                   *Chenevich, David J. Cowan, Len J. Lauer and Timothy*
                                     *Tomlinson*

26

27

28

Master File No. C-06-4165-PJH              -4-          JOINT CASE MANAGEMENT STATEMENT

1    DATED:  August 21, 2008            DALE E. BARNES
                                        BINGHAM McCUTCHEN LLP
2

3
                                        By: _____
4                                              DALE E. BARNES

5                                       Three Embarcadero Center
                                        San Francisco, CA  94111
6                                       Telephone:  (415) 393-2754
                                        Facsimile:  (415) 393-2286
7
                                        *Attorneys for Defendant KPMG LLP*
8

9    DATED:  August 21, 2008            STEPHEN R. BASSER
                                        JOHN L. HAEUSSLER
10                                      BARRACK, RODOS & BACINE

11

12                                      By: _____
                                               STEPHEN R. BASSER
13

14                                      One America Plaza
                                        600 West Broadway, Suite 900
15                                      San Diego, CA  92101
                                        Telephone:  (619) 230-0800
16                                      Facsimile:  (619) 230-1874

17                                      *Co-Lead Counsel for Plaintiffs*

18   DATED:  August 21, 2008            FRANCIS M. GREGOREK
                                        BETSY C. MANIFOLD
19                                      RACHELE R. RICKERT
                                        MARISA C. LIVESAY
20                                      WOLF HALDENSTEIN ADLER FREEMAN
                                           & HERZ, LLP
21

22                                      By: _____
                                               FRANCIS M. GREGOREK
23

24                                      750 B Street, Suite 2770
                                        San Diego, CA  92101
25                                      Telephone:  (619) 239-4599
                                        Facsimile:  (619) 234-4599
26
                                        *Co-Lead Counsel for Plaintiffs*
27

28

Master File No. C-06-4165-PJH          -5-         JOINT CASE MANAGEMENT STATEMENT

1

**CASE MANAGEMENT ORDER**

2    The Case Management Statement and [Proposed] Order is hereby adopted by the Court as

3    the Case Management Order for the case and the parties are ordered to ~~comply with this Order~~.
     appear for a Case Management Conference on December 4, 2008 at 2:30 p.m.

4

5    DATED:  8/26/08 _____          _____

6                                             HONORABLE PHYLLIS J. HAMILTON
                                             UNITED STATES DISTRICT JUDGE
7

8                                            IT IS SO ORDERED
9
                                             Judge Phyllis J. Hamilton
10

11   LEGAL_US_W # 59719103.3

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Master File No. C-06-4165-PJH          -6-          JOINT CASE MANAGEMENT STATEMENT