1  CHRISTOPHER H. McGRATH (SB# 149129)
   chrismcgrath@paulhastings.com
2  KIMBERLEY A. DONOHUE (SB# 247027)
   kimberleydonohue@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   4747 Executive Drive, 12th Floor
4  San Diego, CA  921210
   Telephone:  (858) 458-3000
5  Facsimile:  (858) 458-3005

6  THOMAS A. ZACCARO (SB# 183241)
   thomaszaccaro@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, 25th Floor
8  Los Angeles, CA  90074-2228
   Telephone:  (213) 683-6000
9  Facsimile:  (213) 627-0705

10 EDWARD HAN (SB# 196924)
   edwardhan@paulhastings.com
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
12 San Francisco, CA  94105
   Telephone:  (415) 856-7000
13 Facsimile:  (415) 856-7100

14 *Attorneys for Nominal Defendant VeriSign, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re VERISIGN, INC. DERIVATIVE LITIGATION | MASTER FILE NO. C-06-4165-PJH |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Hon. Phyllis J. Hamilton<br>Ctrm:   3, 17th Floor |

1    The parties, by their undersigned counsel, hereby stipulate to the following:

2    WHEREAS, on September 14, 2007, the Court granted the motion by KPMG LLP to
3    compel arbitration of the claims against it and granted the other defendants' respective motions to
4    dismiss in the above-captioned matter;

5    WHEREAS, on October 12, 2007, the Court granted the plaintiffs' administrative motion
6    to enlarge the time to file the second amended complaint, and ordered that the second amended
7    complaint be filed by November 16, 2007 with defendants' responses filed by December 18,
8    2007;

9    WHEREAS, the plaintiffs filed the Verified Second Amended Shareholder Derivative
10   Complaint on November 16, 2007 ("SAC");

11   WHEREAS, on May 13, 2008, the Court granted the parties' stipulation to (1) set a
12   schedule for the filing of defendants' responses to the SAC, and (2) schedule a case management
13   conference on June 19, 2008 to discuss the progress of settlement negotiations;

14   WHEREAS, on June 11, 2008, the Court granted the parties' stipulation to reschedule the
15   case management conference to July 24, 2008;

16   WHEREAS, there is a related state court consolidated putative class action entitled *In re*
17   *VeriSign, Inc. Options Litigation*, Master Case No. 1-07-CV-085890, pending in the California
18   State Superior Court, Santa Clara County ("Parallel State Court Class Action"), before the
19   Honorable Jack Komar, with many of the same named defendants and similar underlying
20   allegations;

21   WHEREAS, due to the state court's continuance of the hearing on defendants' motions to
22   dismiss (demurrers) in the Parallel State Court Class Action, the Court granted the parties'
23   stipulation to reschedule the case management conference to August 28, 2008;

24   WHEREAS, a hearing on the defendants' motions to dismiss (demurrers) the Parallel
25   State Court Class Action complaint was held on August 1, 2008, at which time Judge Komar
26   granted defendants' motions to dismiss (demurrers) and granted plaintiff leave to amend the
27   complaint;

28

1  WHEREAS, the parties filed a Joint Case Management Statement on August 21, 2008,
2  after which the Court took the August 28, 2008 case management conference off calendar and
3  rescheduled it to December 4, 2008;

4  WHEREAS, the parties in this action and the Parallel State Court Class Action met in
5  Washington, D.C., on October 1, 2008 for the purpose of engaging in settlement discussions;

6  WHEREAS, the parties have and continue to engage in those settlement discussions,
7  which are complicated due to the pendency of related state court litigation, and believe that
8  additional time is necessary for the parties to further pursue that discussion; and

9  WHEREAS, the parties believe the case management conference currently scheduled for
10  December 4, 2008 should be rescheduled to a later date to provide an opportunity for the parties
11  to continue their settlement discussion.

12  NOW, THEREFORE, the parties hereby stipulate to the following:

13  The currently scheduled case management conference on December 4, 2008 to discuss the
14  progress of settlement negotiations between the parties will be rescheduled to February 5, 2009 at
15  2:30 p.m. or as soon thereafter as is convenient for the Court.

17  DATED: November 24, 2008                PAUL, HASTINGS, JANOFSKY & WALKER LLP

19                                          By:      /s/Christopher H. McGrath
                                                   CHRISTOPHER H. McGRATH

                                            *Attorneys for Nominal Defendant VeriSign, Inc.*

22  DATED: November 24, 2008                AKIN, GUMP, STRAUSS, HAUER & FELD LLP

                                            By: _____
24                                                 STEVEN S. KAUFHOLD

25                                          *Attorneys for Defendants Stratton D. Sclavos, Dana L.
                                            Evan, and Gregory L. Reyes*

| | | |
|---|---|---|
| 1 | DATED: November 24, 2008 | COOLEY GODWARD KRONISH LLP |
| 2 | | |
| 3 | | By: _____<br>KOJI F. FUKUMURA |
| 4 | | |
| 5 | | *Attorneys for Defendants Kevin Compton, Quentin Gallivan, Michelle Guthrie, Diana S. Keith, Robert J. Korzeniewski, F. Terry Kremian, Scott G. Kriens, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, William A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson, and Richard A. Yanowitch* |
| 6 | | |
| 7 | | |
| 8 | DATED: November 24, 2008 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 9 | | |
| 10 | | By: _____<br>MELINDA HAAG |
| 11 | | |
| 12 | | *Attorneys for Defendants D. James Bidzos, William L. Chenevich, David J. Cowan, Len J. Lauer, and Timothy Tomlinson* |
| 13 | DATED: November 24, 2008 | BINGHAM McCUTCHEN LLP |
| 14 | | |
| 15 | | By: _____<br>DALE E. BARNES |
| 16 | | *Attorneys for Defendant KPMG LLP* |
| 17 | DATED: November 24, 2008 | BARRACK, RODOS & BACINE |
| 18 | | |
| 19 | | By: _____<br>STEPHEN R. BASSER |
| 20 | | *Attorneys for Plaintiffs* |
| 21 | | |
| 22 | DATED: November 24, 2008 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP |
| 23 | | |
| 24 | | By: _____<br>RACHELE R. RICKERT |
| 25 | | *Attorneys for Plaintiffs* |

Master File No. C-06-4165-PJH

-3-

STIP & [PROPOSED] ORDER RESCHEDULING CMC

\* \* \*

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 11/24/08                              _____
                                             THE HONORABLE PHYLLIS J. HAMILTON
                                             UNITED STATES DISTRICT COURT JUDGE



IT IS SO ORDERED

Judge Phyllis J. Hamilton

LEGAL_US_W # 60414826.1

Master File No. C-06-4165-PJH                -4-                    STIP & [PROPOSED] ORDER
                                                                    RESCHEDULING CMC