1  CHRISTOPHER H. McGRATH (SB# 149129)
   chrismcgrath@paulhastings.com
2  KIMBERLEY A. DONOHUE (SB# 247027)
   kimberleydonohue@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   4747 Executive Drive, 12th Floor
4  San Diego, CA  921210
   Telephone:  (858) 458-3000
5  Facsimile:  (858) 458-3005

6  THOMAS A. ZACCARO (SB# 183241)
   thomaszaccaro@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, 25th Floor
8  Los Angeles, CA  90074-2228
   Telephone:  (213) 683-6000
9  Facsimile:  (213) 627-0705

10 EDWARD HAN (SB# 196924)
   edwardhan@paulhastings.com
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
12 San Francisco, CA  94105
   Telephone:  (415) 856-7000
13 Facsimile:  (415) 856-7100

14 *Attorneys for Nominal Defendant VeriSign, Inc.*

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

| | |
|---|---|
| In re VERISIGN, INC. DERIVATIVE LITIGATION | MASTER FILE NO. C-06-4165-PJH |
| This Document Relates To: ALL ACTIONS. | **STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Phyllis J. Hamilton<br>Ctrm:   3, 17th Floor |

Master File No. C-06-4165-PJH

STIP & [PROPOSED] ORDER
RESCHEDULING CMC

The parties, by their undersigned counsel, hereby stipulate to the following:

WHEREAS, on September 14, 2007, the Court granted the motion by KPMG LLP to compel arbitration of the claims against it and granted the other defendants' respective motions to dismiss in the above-captioned matter;

WHEREAS, on October 12, 2007, the Court granted the plaintiffs' administrative motion to enlarge the time to file the second amended complaint, and ordered that the second amended complaint be filed by November 16, 2007 with defendants' responses filed by December 18, 2007;

WHEREAS, the plaintiffs filed the Verified Second Amended Shareholder Derivative Complaint on November 16, 2007 ("SAC");

WHEREAS, on May 13, 2008, the Court granted the parties' stipulation to (1) set a schedule for the filing of defendants' responses to the SAC, and (2) schedule a case management conference on June 19, 2008 to discuss the progress of settlement negotiations;

WHEREAS, on June 11, 2008, the Court granted the parties' stipulation to reschedule the case management conference to July 24, 2008;

WHEREAS, there is a related state court consolidated putative class action entitled *In re VeriSign, Inc. Options Litigation*, Master Case No. 1-07-CV-085890, pending in the California State Superior Court, Santa Clara County ("Parallel State Court Class Action"), before the Honorable Jack Komar, with many of the same named defendants and similar underlying allegations;

WHEREAS, due to the state court's continuance of the hearing on defendants' motions to dismiss (demurrers) in the Parallel State Court Class Action, the Court granted the parties' stipulation to reschedule the case management conference to August 28, 2008;

WHEREAS, a hearing on the defendants' motions to dismiss (demurrers) the Parallel State Court Class Action complaint was held on August 1, 2008, at which time Judge Komar granted defendants' motions to dismiss (demurrers) and granted plaintiff leave to amend the complaint;

WHEREAS, the parties filed a Joint Case Management Statement on August 21, 2008, after which the Court took the August 28, 2008 case management conference off calendar and rescheduled it to December 4, 2008;

WHEREAS, the parties in this action and the Parallel State Court Class Action met in Washington, D.C., on October 1, 2008 for the purpose of engaging in settlement discussions;

WHEREAS, on November 24, 2008, the Court granted the parties' stipulation to continue the December 4, 2008 case management conference to February 5, 2009;

WHEREAS, the parties have and continue to engage in settlement discussions, which are complicated due to the pendency of related state court litigation, and believe that additional time is necessary for the parties to further pursue that discussion; and

WHEREAS, the parties believe the case management conference currently scheduled for February 5, 2009 should be rescheduled to a later date to provide an opportunity for the parties to continue their settlement discussion.

NOW, THEREFORE, the parties hereby stipulate to the following:

The currently scheduled case management conference on February 5, 2009 to discuss the progress of settlement negotiations between the parties will be rescheduled to June 11, 2009 at 2:30 p.m. or as soon thereafter as is convenient for the Court.

DATED: January 29, 2009            PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:     /s/Christopher H. McGrath
        CHRISTOPHER H. McGRATH

*Attorneys for Nominal Defendant VeriSign, Inc.*

| | | |
|---|---|---|
| 1 | DATED: January 29, 2009 | AKIN, GUMP, STRAUSS, HAUER & FELD LLP |
| 2 | | |
| 3 | | By: _____ |
| | | STEVEN S. KAUFHOLD |
| 4 | | |
| 5 | | *Attorneys for Defendants Stratton D. Sclavos, Dana L. Evan, and Gregory L. Reyes* |
| 6 | DATED: January 29, 2009 | COOLEY GODWARD KRONISH LLP |
| 7 | | |
| 8 | | By: _____ |
| | | KOJI F. FUKUMURA |

*Attorneys for Defendants Kevin Compton, Quentin Gallivan, Michelle Guthrie, Diana S. Keith, Robert J. Korzeniewski, F. Terry Kremian, Scott G. Kriens, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, William A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson, and Richard A. Yanowitch*

DATED: January 29, 2009    ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
MELINDA HAAG

*Attorneys for Defendants D. James Bidzos, William L. Chenevich, David J. Cowan, Len J. Lauer, and Timothy Tomlinson*

DATED: January 29, 2009    BINGHAM McCUTCHEN LLP

By: _____
DALE E. BARNES

*Attorneys for Defendant KPMG LLP*

DATED: January 29, 2009    BARRACK, RODOS & BACINE

By: _____
STEPHEN R. BASSER

*Attorneys for Plaintiffs*

1 | DATED: January 29, 2009

WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP

By: _____
RACHELE R. RICKERT

*Attorneys for Plaintiffs*

\* \* \*

### ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 1/30/09

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-4-

STIP & [PROPOSED] ORDER RESCHEDULING CMC

Master File No. C-06-4165-PJH