CHRISTOPHER H. McGRATH (SB# 149129)
chrismcgrath@paulhastings.com
KIMBERLEY A. DONOHUE (SB# 247027)
kimberleydonohue@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
4747 Executive Drive, 12th Floor
San Diego, CA  921210
Telephone:  (858) 458-3000
Facsimile:  (858) 458-3005

THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90074-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

*Attorneys for Nominal Defendant VeriSign, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re VERISIGN, INC. DERIVATIVE LITIGATION | MASTER FILE NO. C-06-4165-PJH |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Phyllis J. Hamilton<br>Ctrm:   5, 17th Floor |

1  The parties, by their undersigned counsel, hereby stipulate to the following:

2  WHEREAS, on September 14, 2007, the Court granted the motion by KPMG LLP to
3  compel arbitration of the claims against it and granted the other defendants' respective motions to
4  dismiss in the above-captioned matter;

5  WHEREAS, on October 12, 2007, the Court granted the plaintiffs' administrative motion
6  to enlarge the time to file the second amended complaint, and ordered that the second amended
7  complaint be filed by November 16, 2007 with defendants' responses filed by December 18,
8  2007;

9  WHEREAS, the plaintiffs filed the Verified Second Amended Shareholder Derivative
10  Complaint on November 16, 2007 ("SAC");

11  WHEREAS, on May 13, 2008, the Court granted the parties' stipulation to (1) set a
12  schedule for the filing of defendants' responses to the SAC, and (2) schedule a case management
13  conference on June 19, 2008 to discuss the progress of settlement negotiations;

14  WHEREAS, on June 11, 2008, the Court granted the parties' stipulation to reschedule the
15  case management conference to July 24, 2008;

16  WHEREAS, there is a related state court consolidated putative class action entitled *In re*
17  *VeriSign, Inc. Options Litigation*, Master Case No. 1-07-CV-085890, pending in the California
18  State Superior Court, Santa Clara County ("Parallel State Court Class Action"), before the
19  Honorable Jack Komar, with many of the same named defendants and similar underlying
20  allegations;

21  WHEREAS, there is a related state court derivative action entitled *Port Authority of*
22  *Allegheny County Retirement & Disability Allowance Plan v. Bidzos et al.*, Case No. 1-06-CV-
23  069192, pending in the California State Superior Court, Santa Clara Count ("State Court
24  Derivative Action"), before the Honorable Jack Komar, which has been stayed pending the
25  outcome of this action;

26  WHEREAS, due to the state court's continuance of the hearing on defendants' motions to
27  dismiss (demurrers) in the Parallel State Court Class Action, the Court granted the parties'
28  stipulation to reschedule the case management conference to August 28, 2008;

1    WHEREAS, a hearing on the defendants' motions to dismiss (demurrers) the Parallel State Court Class Action complaint was held on August 1, 2008, at which time Judge Komar granted defendants' motions to dismiss (demurrers) and granted plaintiff leave to amend the complaint;

WHEREAS, the parties filed a Joint Case Management Statement on August 21, 2008, after which the Court took the August 28, 2008 case management conference off calendar and rescheduled it to December 4, 2008;

WHEREAS, the parties in this action and the Parallel State Court Class Action met in Washington, D.C., on October 1, 2008 for the purpose of engaging in settlement discussions;

WHEREAS, on November 24, 2008, the Court granted the parties' stipulation to continue the December 4, 2008 case management conference to February 5, 2009;

WHEREAS the parties to the Parallel State Court Class Action, the State Court Derivative Action and this action met in Washington, D.C., on October 1, 2008 for the purpose of engaging in settlement discussions, and those settlement discussions have been ongoing since that date, including settlement discussions held on February 25, 2009;

WHEREAS the parties have reached a collective settlement in principle of this action and the related actions, have exchanged a draft stipulation of settlement, and are in the process of drafting the papers outlining the terms of that settlement;

WHEREAS, the parties believe that additional time is necessary for the parties to finalize the terms of the stipulation of settlement; and

WHEREAS, the parties believe the case management conference currently scheduled for June 11, 2009 should be rescheduled to a later date to provide an opportunity for the parties to continue their settlement discussion.

NOW, THEREFORE, the parties hereby stipulate to the following:

The currently scheduled case management conference on June 11, 2009 to discuss the progress of settlement negotiations between the parties will be rescheduled to July 30, 2009 at 2:30 p.m. or as soon thereafter as is convenient for the Court.

| | | |
|---|---|---|
| 1 | DATED: June 4, 2009 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _/s/ Kimberley A. Donohue_<br>KIMBERLEY A. DONOHUE |
| 5 | | *Attorneys for Nominal Defendant VeriSign, Inc.* |
| 6 | DATED: June 4, 2009 | AKIN, GUMP, STRAUSS, HAUER & FELD LLP |
| 7 | | |
| 8 | | By: _Kimberley A. Donohue with permission_<br>STEVEN S. KAUFHOLD |
| 9 | | *Attorneys for Defendants Stratton D. Sclavos, Dana L. Evan, and Gregory L. Reyes* |
| 10 | | |
| 11 | DATED: June 4, 2009 | COOLEY GODWARD KRONISH LLP |
| 12 | | |
| 13 | | By: _Kimberley A. Donohue with permission_<br>KOJI F. FUKUMURA |
| 14 | | *Attorneys for Defendants Kevin Compton, Quentin Gallivan, Michelle Guthrie, Diana S. Keith, Robert J. Korzeniewski, F. Terry Kremian, Scott G. Kriens, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, William A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson, and Richard A. Yanowitch* |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | DATED: June 4, 2009 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 19 | | |
| 20 | | By: _Kimberley A. Donohue with permission_<br>MELINDA HAAG |
| 21 | | *Attorneys for Defendants D. James Bidzos, William L. Chenevich, David J. Cowan, Len J. Lauer, and Timothy Tomlinson* |
| 22 | | |
| 23 | DATED: June 4, 2009 | BINGHAM McCUTCHEN LLP |
| 24 | | |
| 25 | | By: _Kimberley A. Donohue with permission_<br>DALE E. BARNES |
| 26 | | *Attorneys for Defendant KPMG LLP* |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: June 4, 2009 | BARRACK, RODOS & BACINE |
| 2 | | |
| 3 | | By: /s/ Kimberley A. Donohue with permission |
| | | STEPHEN R. BASSER |
| 4 | | *Attorneys for Plaintiffs* |
| 5 | DATED: June 4, 2009 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP |
| 6 | | |
| 7 | | By: /s/ Kimberley A. Donohue with permission |
| 8 | | FRANCIS M. GREGOREK |
| 9 | | *Attorneys for Plaintiffs* |

\* \* \*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 06/11/09

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Phyllis J. Hamilton]*

LEGAL_US_W # 61915672.1

-4-

Master File No. C-06-4165-PJH

STIP & [PROPOSED] ORDER RESCHEDULING CMC