1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
3  RACHELE R. RICKERT (190634)
   rickert@whafh.com
4  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
5  Symphony Tower
   750 B Street, Suite 2770
6  San Diego, CA 92101
   Telephone:  619/239-4599
7  Facsimile:  619/234-4599

8
   STEPHEN R. BASSER (121590)
9  sbasser@barrack.com
   BARRACK, RODOS & BACINE
10 402 West Broadway, Suite 850
   San Diego, CA  92101
11 Telephone:   619/230-0800
   Facsimile:   619/230-1874
12

13 Co-Lead Counsel for Plaintiffs

14 [Additional Counsel Appear On Signature Page]

15
                 UNITED STATES DISTRICT COURT
16
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
17
                    SAN FRANCISCO DIVISION
18

19 In re VERISIGN, INC. DERIVATIVE          )  Master File No. C-06-4165-PJH
   LITIGATION                               )
20                                          )  **STIPULATION AND [PROPOSED]**
   _____ )  **ORDER RESCHEDULING CASE**
21                                          )  **MANAGEMENT CONFERENCE**
   This Document Relates To:                )
22                                          )
                                            )  Ctrm:    5, 17th Floor
23 _____ )  Judge:   Hon. Phyllis J. Hamilton

24

25

26

27

28

1    The parties, by their undersigned counsel, hereby stipulate to the following:

2    WHEREAS, on September 14, 2007, the Court granted the motion by KPMG LLP to

3    compel arbitration of the claims against it and granted the other defendants' respective motions to

4    dismiss in the above-captioned matter;

5    WHEREAS, on October 12, 2007, the Court granted the plaintiffs' administrative motion

6    to enlarge the time to file the second amended complaint, and ordered that the second amended

7    complaint be filed by November 16, 2007 with defendants' responses filed by December 18, 2007;

8    WHEREAS, the plaintiffs filed the Verified Second Amended Shareholder Derivative

9    Complaint on November 16, 2007 ("SAC");

10   WHEREAS, on May 13, 2008, the Court granted the parties' stipulation to (1) set a

11   schedule for the filing of defendants' responses to the SAC, and (2) schedule a case management

12   conference on June 19, 2008 to discuss the progress of settlement negotiations;

13   WHEREAS, on June 11, 2008, the Court granted the parties' stipulation to reschedule the

14   case management conference to July 24, 2008;

15   WHEREAS, there is a related state court consolidated putative class action entitled *In re*

16   *VeriSign, Inc. Options Litigation*, Master Case No. 1-07-CV-085890, pending in the California

17   State Superior Court, Santa Clara County ("Parallel State Court Class Action"), before the

18   Honorable Jack Komar, with many of the same named defendants and similar underlying

19   allegations;

20   WHEREAS, there is a related state court derivative action entitled *Port Authority of*

21   *Allegheny County Retirement & Disability Allowance Plan v. Bidzos et al.*, Case No. 1-06-CV-

22   069192, pending in the California State Superior Court, Santa Clara Count ("State Court

23   Derivative Action"), before the Honorable Jack Komar, which has been stayed pending the

24   outcome of this action;

25   WHEREAS, due to the state court's continuance of the hearing on defendants' motions to

26   dismiss (demurrers) in the Parallel State Court Class Action, the Court granted the parties'

27   stipulation to reschedule the case management conference to August 28, 2008;

28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
Master File No. C-06-4165 PJH

- 1 -

1
2
3

WHEREAS, a hearing on the defendants' motions to dismiss (demurrers) the Parallel State Court Class Action complaint was held on August 1, 2008, at which time Judge Komar granted defendants' motions to dismiss (demurrers) and granted plaintiff leave to amend the complaint;

4
5
6

WHEREAS, the parties filed a Joint Case Management Statement on August 21, 2008, after which the Court took the August 28, 2008 case management conference off calendar and rescheduled it to December 4, 2008;

7
8

WHEREAS, the parties in this action and the Parallel State Court Class Action met in Washington, D.C., on October 1, 2008 for the purpose of engaging in settlement discussions;

9
10

WHEREAS, on November 24, 2008, the Court granted the parties' stipulation to continue the December 4, 2008 case management conference to February 5, 2009;

11
12
13
14

WHEREAS the parties to the Parallel State Court Class Action, the State Court Derivative Action and this action met in Washington, D.C., on October 1, 2008 for the purpose of engaging in settlement discussions, and those settlement discussions have been ongoing since that date, including settlement discussions held on February 25, 2009;

15
16
17

WHEREAS the parties have reached a collective settlement in principle of this action and the related actions, have exchanged a draft stipulation of settlement, and are in the process of drafting the papers outlining the terms of that settlement;

18
19

WHEREAS, the parties believe that additional time is necessary for the parties to finalize the terms of the stipulation of settlement; and

20
21
22

WHEREAS, the parties believe the case management conference currently scheduled for July 30, 2009 should be rescheduled to a later date to provide an opportunity for the parties to continue their settlement discussion and for finalization of settlement documents.

23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
Master File No. C-06-4165 PJH

- 2 -

1    NOW, THEREFORE, the parties hereby stipulate to the following:

2    The currently scheduled case management conference on July 30, 2009 to discuss the

3    progress of settlement negotiations between the parties will be rescheduled to September 3, 2009

4    at 2:30 p.m. or as soon thereafter as is convenient for the Court.

5    DATED:        July 23, 2009            WOLF HALDENSTEIN ADLER
                                            FREEMAN & HERZ, LLP
6                                           FRANCIS M. GREGOREK
                                            BETSY C. MANIFOLD
7                                           RACHELE R. RICKERT

8

9                                           By:_____/s/ Rachele R. Rickert_____
                                                        RACHELE R. RICKERT
10

11                                          BARRACK, RODOS & BACINE
                                            DANIEL E. BACINE
12                                          JEFFREY W. GOLAN
                                            STEPHEN R. BASSER
13                                          CHAD A. CARDER

14                                          Co-Lead Counsel for Plaintiffs

15   DATED:        July 23, 2009            PAUL, HASTINGS, JANOFSKY & WALKER LLP

16                                          By:_____/s/ Chris McGrath_____
                                                        CHRIS McGRATH
17

18                                          Attorneys for Nominal Defendant VeriSign, Inc.

19   DATED:        July 23, 2009            AKIN, GUMP, STRAUSS, HAUER & FELD LLP

20                                          By:_____/s/Amit Kurlekar_____
                                                        AMIT KURLEKAR
21

22                                          Attorneys for Defendants Stratton D. Sclavos,
                                            Dana L. Evan, and Gregory L. Reyes
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
Master File No. C-06-4165 PJH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:       July 23, 2009              COOLEY GODWARD KRONISH LLP

By:_____/s/Koji F. Fukumura_____
               KOJI F. FUKUMURA

Attorneys for Defendants Kevin Compton, Quentin
Gallivan, Michelle Guthrie, Diana S. Keith, Robert J.
Korzeniewski, F. Terry Kremian, Scott G. Kriens,
Roger H. Moore, Edward A. Mueller, Anil H.P.
Pereira, William A. Roper, Jr., Arnold Schaeffer,
Louis A. Simpson, and Richard A. Yanowitch

DATED:       July 23, 2009              ORRICK, HERRINGTON & SUTCLIFFE LLP

By:_____/s/ James N. Kramer_____
               JAMES N. KRAMER

Attorneys for Defendants D. James Bidzos, William
L. Chenevich, David J. Cowan, Len J. Lauer, and
Timothy Tomlinson

DATED:       July 23, 2009              BINGHAM McCUTCHEN LLP

By:_____/s/ Dale E. Barnes_____
               DALE E. BARNES

Attorneys for Defendant KPMG LLP

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ____7/24/09____

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## DECLARATION REGARDING CONCURRENCE

I, Rachele R. Rickert , am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE.   In compliance with General Order 45.X.B, I hereby attest that Chris McGrath, Amit Kurlekar, Koji F. Fukumura, James N. Kramer and Dale E. Barnes have concurred in this filing.

DATED:        July 23, 2009                      WOLF HALDENSTEIN ADLER FREEMAN
                                                 & HERZ LLP

                                         By: _____ /s/ Rachele R. Rickert _____
                                                        RACHELE R. RICKERT

VERISIGN:16936.STIP

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
Master File No. C-06-4165 PJH

DECLARATION OF SERVICE

I, Maureen Longdo , the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2.      That on July 23, 2009, declarant served STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT  CONFERENCE via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3.      That on July 23, 2009, declarant served the parties who are not registered participants of the CM/ECF System, via United States Mail.

4.      That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of July 2009, at San Diego, California.


_____
MAUREEN LONGDO

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
Master File No. C-06-4165 PJH

- 4 -

VERISIGN, INC.
Service List -- September 28, 2006
Page 1

<u>COUNSEL FOR PLAINTIFFS</u>

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
Marisa C. Livesay
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ, LLP
750 B. Street, Suite 2770
San Diego, California 92101
        619/239-4599
        619/234-4599 (fax)

\*\*Jacob T. Fogel
   LAW OFFICES OF JACOB T. FOGEL
   32 Court Street, Suite #602
   Brooklyn, New York 11201
        718/221-5552
        718/875-4500 (fax)

   Attorneys for Plaintiff Ruthy Parnes

\* Stephen R. Basser
   John L. Haeussler
   BARRACK, RODOS & BACINE
   One America Plaza
   600 West Broadway, Suite 900
   San Diego, CA 92101
        619/230-0800
        619/230-1874 (fax)
   sbasser@barrack.com
   jhaeussler@barrack.com

\*\*Daniel E. Bacine
   Jeffrey W. Golan
   BARRACK, RODOS & BACINE
   3300 Two Commerce Square
   2001 Market Street
   Philadelphia, PA 19103
        215/963-0600
        215/963-0838 (fax)

   Attorneys for Plaintiff Port Authority Of
   Allegheny County Retirement and Disability
   Allowance Plan for Employees Represented
   by Local 85 of the Amalgamated Transit
   Unit

<u>COUNSEL FOR DEFENDANTS</u>

\* Thomas Zaccaro
   PAUL, HASTINGS, JANOFSKY &
     WALKER LLP
   515 South Flower Street, Twenty-Fifth Floor
   Los Angeles, CA 90071
        213/683-6285
        213/996-3285 (fax)
   thomaszaccaro@paulhastings.com

\* Chris McGrath
   PAUL, HASTINGS, JANOFSKY &
     WALKER LLP
   4747 Executive Drive, 12th Floor
   San Diego, CA 92121
        858/458-3000
        858/458-3005 (fax)
   chrismcgrath@paulhastings.com

   Attorney for Nominal Defendant Verisign, Inc.

\* James Penning
   COOLEY GODWARD KRONISH LLP
   Five Palo Alto Square
   3000 El Camino Real
   Palo Alto, CA 94306-2155
        650/843-5000
        650/857-0663 (fax)
   jpenning@cooley.com

\* William E. Grauer
   Koji F. Fukumura
   COOLEY GODWARD KRONISH LLP
   4401 Eastgate Mall
   San Diego, CA 92121
        858/550-6000
        858/550-6420 (fax)
   wgrauer@cooley.com
   kfukumura@cooley.com

   Attorneys for Individual Defendants Kevin
   R. Compton, F. Terry Kremian, Quentin P.
   Gallivan, Michelle Guthrie, Diana S. Keith,
   Robert J. Korzeniewski, Scott G. Kriens,
   Roger H. Moore, Edward A. Mueller, Anil
   H.P. Pereira, William A. Roper, Jr., Arnold
   Schaeffer, Louis A. Simpson, and Richard
   A. Yanowitch

\*        Denotes service via CM/ECF
\*\*       Denotes service via U.S. Mail

VERISIGN, INC.
Service List -- September 28, 2006
Page 2

## COUNSEL FOR DEFENDANTS

\* Melinda Haag
James N. Kramer
Randall S. Luskey
ORRICK, HERRINGTON
 & SUTCLIFFE LLP
The Orrick, Building
405 Howard Street
San Francisco, CA 94105-2669
        415/773-5700
        415/773-5759 (fax)
mhaag@orrick.com
jkramer@orrick.com
rluskey@orrick.com

Attorneys for Individual Defendants
D. James Bidzos, William L. Chenevich,
David J. Cowan, Len J. Lauer, and Timothy
Tomlinson

\* Nima E. Sohi
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
        415/393-2000
        415/393-2286 (fax)
nima.sohi@bingham.com

\* Stephanie L. Thomases
BINGHAM McCUTCHEN LLP
1900 University Avenue
East Palo Alto, CA 94303-2223
        650/849-4400
        650/849-4800 (fax)
stephanie.thomases@bingham.com

Attorneys for Defendant KPMG LLP

\* Steven Kaufhold
Amit Kurlekar
AKIN GUM STRAUSS
 HAUER & FELD LLP
580 California Street, 15th Floor
San Francisco, CA 94104-1036
        415/765-9500
        415/765-9501 (fax)
skaufhold@akingump.com
akurlekar@akingump.com

Attorneys for Defendants Dana L. Evan,
Gregory L. Reyes and Stratton D. Sclavos

\*       Denotes service via CM/ECF
\*\*      Denotes service via U.S. Mail