1  CHRISTOPHER H. McGRATH (SB# 149129)
   chrismcgrath@paulhastings.com
2  KIMBERLEY A. DONOHUE (SB# 247027)
   kimberleydonohue@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   4747 Executive Drive, 12th Floor
4  San Diego, CA  921210
   Telephone:  (858) 458-3000
5  Facsimile:  (858) 458-3005

6  THOMAS A. ZACCARO (SB# 183241)
   thomaszaccaro@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, 25th Floor
8  Los Angeles, CA  90074-2228
   Telephone:  (213) 683-6000
9  Facsimile:  (213) 627-0705

10 EDWARD HAN (SB# 196924)
   edwardhan@paulhastings.com
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
12 San Francisco, CA  94105
   Telephone:  (415) 856-7000
13 Facsimile:  (415) 856-7100

14 *Attorneys for Nominal Defendant VeriSign, Inc.*

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17              SAN FRANCISCO DIVISION

| In re VERISIGN, INC. DERIVATIVE LITIGATION | MASTER FILE NO. C-06-4165-PJH |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Phyllis J. Hamilton<br>Ctrm:   5, 17th Floor |

Master File No. C-06-4165-PJH

STIP & [PROPOSED] ORDER
RESCHEDULING CMC

The parties, by their undersigned counsel, hereby stipulate to the following:

WHEREAS, on September 14, 2007, the Court granted the motion by KPMG LLP to compel arbitration of the claims against it and granted the other defendants' respective motions to dismiss in the above-captioned matter;

WHEREAS, on October 12, 2007, the Court granted the plaintiffs' administrative motion to enlarge the time to file the second amended complaint, and ordered that the second amended complaint be filed by November 16, 2007 with defendants' responses filed by December 18, 2007;

WHEREAS, the plaintiffs filed the Verified Second Amended Shareholder Derivative Complaint on November 16, 2007 ("SAC");

WHEREAS, on May 13, 2008, the Court granted the parties' stipulation to (1) set a schedule for the filing of defendants' responses to the SAC, and (2) schedule a case management conference on June 19, 2008 to discuss the progress of settlement negotiations;

WHEREAS, on June 11, 2008, the Court granted the parties' stipulation to reschedule the case management conference to July 24, 2008;

WHEREAS, there is a related state court consolidated putative class action entitled *In re VeriSign, Inc. Options Litigation*, Master Case No. 1-07-CV-085890, pending in the California State Superior Court, Santa Clara County ("Parallel State Court Class Action"), before the Honorable Jack Komar, with many of the same named defendants and similar underlying allegations;

WHEREAS, there is a related state court derivative action entitled *Port Authority of Allegheny County Retirement & Disability Allowance Plan v. Bidzos et al.*, Case No. 1-06-CV-069192, pending in the California State Superior Court, Santa Clara Count ("State Court Derivative Action"), before the Honorable Jack Komar, which has been stayed pending the outcome of this action;

WHEREAS, due to the state court's continuance of the hearing on defendants' motions to dismiss (demurrers) in the Parallel State Court Class Action, the Court granted the parties' stipulation to reschedule the case management conference to August 28, 2008;

WHEREAS, a hearing on the defendants' motions to dismiss (demurrers) the Parallel

Master File No. C-06-4165-PJH -1- STIP & [~~PROPOSED~~] ORDER RESCHEDULING CMC

1  State Court Class Action complaint was held on August 1, 2008, at which time Judge Komar granted defendants' motions to dismiss (demurrers) and granted plaintiff leave to amend the complaint;

WHEREAS, the parties filed a Joint Case Management Statement on August 21, 2008, after which the Court took the August 28, 2008 case management conference off calendar and rescheduled it to December 4, 2008;

WHEREAS, the parties in this action and the Parallel State Court Class Action met in Washington, D.C., on October 1, 2008 for the purpose of engaging in settlement discussions;

WHEREAS, on November 24, 2008, the Court granted the parties' stipulation to continue the December 4, 2008 case management conference to February 5, 2009;

WHEREAS the parties to the Parallel State Court Class Action, the State Court Derivative Action and this action met in Washington, D.C., on October 1, 2008 for the purpose of engaging in settlement discussions, and those settlement discussions have been ongoing since that date, including settlement discussions held on February 25, 2009;

WHEREAS the Court has granted the parties' stipulations to continue the case management conferences in light of these settlement negotiations, most recently scheduling a case management conference for September 3, 2009;

WHEREAS the parties have reached a collective settlement in principle of this action and the related actions, have exchanged drafts of the stipulation of settlement, and are in the process of drafting the papers outlining the terms of that settlement;

WHEREAS, the parties believe that additional time is necessary for the parties to finalize the terms of the stipulation of settlement; and

WHEREAS, the parties believe the case management conference currently scheduled for September 3, 2009 should be rescheduled to a later date to provide an opportunity for the parties to continue their settlement discussion and for finalization of settlement documents.

///
///
///
///

Master File No. C-06-4165-PJH

-2-

STIP & [PROPOSED] ORDER
RESCHEDULING CMC

1  NOW, THEREFORE, the parties hereby stipulate to the following:

2  The currently scheduled case management conference on September 3, 2009 to discuss the progress of settlement negotiations between the parties will be rescheduled to November 19, 2009 at 2:30 p.m. or as soon thereafter as is convenient for the Court.

DATED: August 27, 2009          PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                By:      /s/ Kimberley A. Donohue
                                         KIMBERLEY A. DONOHUE

                                *Attorneys for Nominal Defendant VeriSign, Inc.*

DATED: August 27, 2009          AKIN, GUMP, STRAUSS, HAUER & FELD LLP

                                By:      /s/ Steven S. Kaufhold
                                         STEVEN S. KAUFHOLD

                                *Attorneys for Defendants Stratton D. Sclavos, Dana L. Evan, and Gregory L. Reyes*

DATED: August 27, 2009          COOLEY GODWARD KRONISH LLP

                                By:      /s/ Koji F. Fukumura
                                         KOJI F. FUKUMURA

                                *Attorneys for Defendants Kevin Compton, Quentin Gallivan, Michelle Guthrie, Diana S. Keith, Robert J. Korzeniewski, F. Terry Kremian, Scott G. Kriens, Roger H. Moore, Edward A. Mueller, Anil H.P. Pereira, William A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson, and Richard A. Yanowitch*

DATED: August 27, 2009          ORRICK, HERRINGTON & SUTCLIFFE LLP

                                By:      /s/ Melinda Haag
                                         MELINDA HAAG

                                *Attorneys for Defendants D. James Bidzos, William L. Chenevich, David J. Cowan, Len J. Lauer, and Timothy Tomlinson*

Master File No. C-06-4165-PJH          -3-          STIP & [PROPOSED] ORDER RESCHEDULING CMC

| | | |
|---|---|---|
| DATED: August 27, 2009 | | BINGHAM McCUTCHEN LLP |
| | | By: /s/ Dale E. Barnes |
| | | DALE E. BARNES |
| | | *Attorneys for Defendant KPMG LLP* |
| DATED: August 27, 2009 | | BARRACK, RODOS & BACINE |
| | | By: /s/ Stephen R. Basser |
| | | STEPHEN R. BASSER |
| | | *Attorneys for Plaintiffs* |
| DATED: August 27, 2009 | | WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP |
| | | By: /s/ Francis M. Gregorek |
| | | FRANCIS M. GREGOREK |
| | | *Attorneys for Plaintiffs* |

* * *

### ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: August 28, 2009

IT IS SO ORDERED
Judge Phyllis J. Hamilton

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE