CHRISTOPHER H. McGRATH (SB# 149129)
chrismcgrath@paulhastings.com
KIMBERLEY A. DONOHUE (SB# 247027)
kimberleydonohue@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
4747 Executive Drive, 12th Floor
San Diego, CA  92121
Telephone:  (858) 458-3000
Facsimile:  (858) 458-3005

THOMAS A. ZACCARO (SB# 183241)
thomaszaccaro@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA  90074-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

*Attorneys for Nominal Defendant VeriSign, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re VERISIGN, INC. DERIVATIVE LITIGATION | MASTER FILE NO. 4:06-cv-04165-PJH |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Hon. Phyllis J. Hamilton<br>Ctrm:    3, 3rd Floor |

The parties, by their undersigned counsel, hereby stipulate to the following:

WHEREAS, on September 14, 2007, the Court granted the motion by KPMG LLP to compel arbitration of the claims against it and granted the other defendants' respective motions to dismiss in the above-captioned matter;

WHEREAS, on October 12, 2007, the Court granted the plaintiffs' administrative motion to enlarge the time to file the second amended complaint, and ordered that the second amended complaint be filed by November 16, 2007 with defendants' responses filed by December 18, 2007;

WHEREAS, the plaintiffs filed the Verified Second Amended Shareholder Derivative Complaint on November 16, 2007 ("SAC");

WHEREAS, on May 13, 2008, the Court granted the parties' stipulation to (1) set a schedule for the filing of defendants' responses to the SAC, and (2) schedule a case management conference on June 19, 2008 to discuss the progress of settlement negotiations;

WHEREAS, on June 11, 2008, the Court granted the parties' stipulation to reschedule the case management conference to July 24, 2008;

WHEREAS, there is a related state court consolidated putative class action entitled *In re VeriSign, Inc. Options Litigation*, Master Case No. 1-07-CV-085890, pending in the California State Superior Court, Santa Clara County ("Parallel State Court Class Action"), before the Honorable Jack Komar, with many of the same named defendants and similar underlying allegations;

WHEREAS, there is a related state court derivative action entitled *Port Authority of Allegheny County Retirement & Disability Allowance Plan v. Bidzos et al.*, Case No. 1-06-CV-069192, pending in the California State Superior Court, Santa Clara Count ("State Court Derivative Action"), before the Honorable Jack Komar, which has been stayed pending the outcome of this action;

WHEREAS, due to the state court's continuance of the hearing on defendants' motions to dismiss (demurrers) in the Parallel State Court Class Action, the Court granted the parties' stipulation to reschedule the case management conference to August 28, 2008;

-1-

STIP & [PROPOSED] ORDER
RESCHEDULING CMC

1

2

3

4

WHEREAS, a hearing on the defendants' motions to dismiss (demurrers) the Parallel State Court Class Action complaint was held on August 1, 2008, at which time Judge Komar granted defendants' motions to dismiss (demurrers) and granted plaintiff leave to amend the complaint;

5

6

7

WHEREAS, the parties filed a Joint Case Management Statement on August 21, 2008, after which the Court took the August 28, 2008 case management conference off calendar and rescheduled it to December 4, 2008;

8

9

WHEREAS, the parties in this action and the Parallel State Court Class Action met in Washington, D.C., on October 1, 2008 for the purpose of engaging in settlement discussions;

10

11

WHEREAS, on November 24, 2008, the Court granted the parties' stipulation to continue the December 4, 2008 case management conference to February 5, 2009;

12

13

14

WHEREAS the parties to the Parallel State Court Class Action, the State Court Derivative Action and this action met in Washington, D.C., on October 1, 2008 for the purpose of engaging in settlement discussions, and those settlement discussions have been ongoing since that date, including settlement discussions held on February 25, 2009;

15

16

17

WHEREAS the Court has granted the parties' stipulations to continue the case management conferences in light of these settlement negotiations, most recently scheduling a case management conference for November 19, 2009;

18

19

20

21

WHEREAS the parties have reached a collective settlement in principle of this action and the related actions, have exchanged drafts of the stipulation of settlement, are in the process of drafting the papers outlining the terms of that settlement, and are awaiting VeriSign's Board of Directors' review of that settlement;

22

23

WHEREAS the parties believe that additional time is necessary for the parties to finalize the terms of the stipulation of settlement; and

24

25

26

WHEREAS the parties believe the case management conference currently scheduled for November 19, 2009 should be rescheduled to a later date to provide an opportunity for the parties to continue their settlement discussion and for finalization of settlement documents.

27

/ / /

28

/ / /

-2-

STIP & [PROPOSED] ORDER
RESCHEDULING CMC

1        NOW, THEREFORE, the parties hereby stipulate to the following:

2        The currently scheduled case management conference on November 19, 2009 to discuss

3  the progress of settlement negotiations between the parties will be rescheduled to December 17,

            2:00

4  2009 at 2:30 p.m. or as soon thereafter as is convenient for the Court.

5

6  DATED:  November 13, 2009      PAUL, HASTINGS, JANOFSKY & WALKER LLP

7

8                             By:        /s/ Kimberley A. Donohue

9                                        KIMBERLEY A. DONOHUE

10                           *Attorneys for Nominal Defendant VeriSign, Inc.*

11  DATED:  November 13, 2009      AKIN, GUMP, STRAUSS, HAUER & FELD LLP

12

13                             By:        /s/ Steven S. Kaufhold

                                       STEVEN S. KAUFHOLD

14                           *Attorneys for Defendants Stratton D. Sclavos, Dana L.*

15                         *Evan, and Gregory L. Reyes*

16  DATED:  November 13, 2009      COOLEY GODWARD KRONISH LLP

17

18                           By:        /s/ Koji F. Fukumura

19                                        KOJI F. FUKUMURA

20                         *Attorneys for Defendants Kevin Compton, Quentin*
*Gallivan, Michelle Guthrie, Diana S. Keith, Robert J.*

21                         *Korzeniewski, F. Terry Kremian, Scott G. Kriens, Roger*
*H. Moore, Edward A. Mueller, Anil H.P. Pereira, William*

22                         *A. Roper, Jr., Arnold Schaeffer, Louis A. Simpson, and*
*Richard A. Yanowitch*

23  DATED:  November 13, 2009      ORRICK, HERRINGTON & SUTCLIFFE LLP

24

25                           By:        /s/ Melinda Haag

                                       MELINDA HAAG

26                         *Attorneys for Defendants D. James Bidzos, William L.*

27                         *Chenevich, David J. Cowan, Len J. Lauer, and Timothy*
*Tomlinson*

28

1    DATED:  November 13, 2009          BINGHAM McCUTCHEN LLP

2

3                                       By:          /s/ Dale E. Barnes
                                                     DALE E. BARNES
4
                                        *Attorneys for Defendant KPMG LLP*
5
     DATED:  November 13, 2009          BARRACK, RODOS & BACINE
6

7
                                        By:          /s/ Stephen R. Basser
8                                                    STEPHEN R. BASSER

9                                       *Attorneys for Plaintiffs*

10   DATED:  November 13, 2009          WOLF HALDENSTEIN ADLER FREEMAN
                                          & HERZ, LLP
11

12
                                        By:          /s/ Francis M. Gregorek
13                                                   FRANCIS M. GREGOREK

14                                      *Attorneys for Plaintiffs*

15

16

17                                         *   *   *

18                                     **ORDER**

19

20           PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

21

22   DATED:   11/17/09
                                       _____
23                                     THE HONORABLE PHYLLIS J. HAMILTON
                                       UNITED STATES DISTRICT COURT JUDGE
24

25

26

27   LEGAL_US_W # 63174958.1

28

     Master File No. 4:06-cv-04165-PJH          -4-          STIP & [PROPOSED] ORDER
                                                             RESCHEDULING CMC