United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re VERISIGN, INC. DERIVATIVE LITIGATION

No. C-06-4165 PJH

**ORDER**

_____/

The court is in receipt of a chambers copy of plaintiffs' motion for final approval of the settlement of the above-entitled action, and motion for attorney's fees and reimbursement of expenses, and supporting papers, filed on May 12, 2010.

The Declaration of Francis M. Gregorek and Stephen R. Basser filed in support of plaintiffs' motion is not in usable format, as it includes numerous exhibits which are not tabbed. The court is unable to locate exhibits in a lengthy declaration unless those exhibits are tabbed.

The court will consider the contents of the Gregorek/Basser Declaration only if a usable copy is submitted no later than May 14, 2010.

**IT IS SO ORDERED.**

Dated: May 13, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge